B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Organic Avenue LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**13-4343234** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**43-46 10th Street**<br>**Long Island City, NY**<br>ZIP Code **11101** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Queens** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
See Exhibit D on page 2 of this form.
- ☐ Individual (includes Joint Debtors)
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Organic Avenue LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>   Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                           Page 3

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| *(This page must be completed and filed in every case)* | **Organic Avenue LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

   _____
   Telephone Number (if not represented by attorney)

   _____
   Date

### Signature of Attorney*

X     **/s/ S. Jason Teele**
   Signature of Attorney for Debtor(s)

   **S. Jason Teele (SJT7390)**
   Printed Name of Attorney for Debtor(s)

   **Lowenstein Sandler LLP**
   Firm Name

   **1251 Avenue of the Americas, 17th Floor**
   **New York, NY 10020**

   Address

   **212-262-6700  Fax: 212-262-7402**
   Telephone Number

   **October 15, 2015**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

   **David Schwinger**
   Printed Name of Authorized Individual

   **Vice President**
   Title of Authorized Individual

   **October 15, 2015**
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

   _____
   Printed Name of Foreign Representative

   _____
   Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

   _____
   Printed Name and title, if any, of Bankruptcy Petition Preparer

   _____
   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

   _____
   Address

X _____

   _____
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## ACTION BY UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS
## OF
## OAM MANAGER INC.

### October 15, 2015

The undersigned, constituting the entire Board of Directors (the "Board") of OAM MANAGER INC., a Delaware corporation (the "Company"), in accordance with Section 141(f) of the Delaware General Corporation Law, without the formality of convening a meeting, do hereby consent to and adopt the following resolutions. It is the intent of the undersigned that this consent be executed in lieu of a special meeting of the Board of Directors, which consent shall be filed by the Secretary of the Company with the minutes of the meetings of the Board of Directors.

The Company has received direction from OA Holding Company LLC, the sole member of Organic Avenue, LLC, that, with the assistance of the Company's officers, counsel, accountants and advisers, to (i) prepare, execute and file with the appropriate court a petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, as amended (the "**Bankruptcy Code**"), and (ii) take such other and further steps as may be necessary, appropriate or advisable to obtain for Organic Avenue, LLC any and all relief to which it may be entitled under the Bankruptcy Code;

**RESOLVED**, that the officers of the Company are authorized and empowered in the name and on behalf of the Company or otherwise, to do all such acts and to execute, deliver and file all such agreements, certificates, instruments and documents, and to pay all such expenses and taxes as he shall deem necessary, appropriate or advisable in order to carry out the intent and accomplish the purposes of the foregoing resolutions, such acts, executions, deliveries, or filings to be conclusive evidence that he deemed the same to be necessary, appropriate or advisable; and all acts of the Manager having occurred prior to the date hereof in order to carry out the intent and accomplish the purposes of the foregoing resolutions are hereby approved, adopted, ratified and confirmed in all respects.

### OMNIBUS RESOLUTIONS

**RESOLVED**, that the officers of the Company be, and each hereby is, authorized, directed and empowered to execute and deliver for and on behalf of the Company any and all other documents they deem necessary or advisable to consummate the foregoing actions; and

**RESOLVED FURTHER**, that the officers of the Company be, and each hereby is, authorized, directed and empowered to take such other action as may be necessary or advisable to carry out the purposes and intent, but within the limitations, of the foregoing actions.

This consent may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument.

Executed as of the date first written above.

_____
David Schwinger

_____
William Tkacs

<div align="center">

**WRITTEN CONSENT
OF THE SOLE MEMBER
OF ORGANIC AVENUE, LLC**

</div>

OAM Manager, Inc., the manager (the "**Manager**") of Organic Avenue, LLC, a New York limited liability company (the "**Company**"), does hereby certify that the following resolutions were adopted by the sole member ("**Member**") of the Company:

**RESOLVED**, that the Manager is authorized and empowered in the name and on behalf of the Company, with the assistance of the Company's officers, counsel, accountants and advisers, to (i) prepare, execute and file with the appropriate court a petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, as amended (the "**Bankruptcy Code**"), and (ii) take such other and further steps as may be necessary, appropriate or advisable to obtain for the Company any and all relief to which it may be entitled under the Bankruptcy Code;

**RESOLVED**, that Lowenstein Sandler LLP is hereby retained as bankruptcy counsel to the Company on such terms and conditions as may be agreed to in the name and on behalf of the Company by Manager; and

**RESOLVED**, that the Manager may retain a financial advisor or accountant, to the extent necessary or appropriate, on such terms and conditions as may be agreed to in the name and on behalf of the Company by the Manager; and

**RESOLVED**, that the Manager is authorized and empowered in the name and on behalf of the Company or otherwise, to do all such acts and to execute, deliver and file all such agreements, certificates, instruments and documents, and to pay all such expenses and taxes as he shall deem necessary, appropriate or advisable in order to carry out the intent and accomplish the purposes of the foregoing resolutions, such acts, executions, deliveries, or filings to be conclusive evidence that he deemed the same to be necessary, appropriate or advisable; and all acts of the Manager having occurred prior to the date hereof in order to carry out the intent and accomplish the purposes of the foregoing resolutions are hereby approved, adopted, ratified and confirmed in all respects.

Dated: October 15, 2015

<div style="margin-left: 40%;">

OA HOLDING COMPANY LLC

By; OAM MANAGER INC.

_s/_____
David Schwinger, Vice President

</div>

## WRITTEN CONSENT
## OF
## OA HOLDING COMPANY LLC

OAM Manager, Inc., the manager (the "**Manager**") of OA Holding Company LLC, a Delaware limited liability company (the "**Company**"), does hereby certify that the following resolutions were adopted by a member ("**Member**") of the Company:

RESOLVED, that the Manager is authorized and empowered in the name and on behalf of Organic Avenue, LLC ("Organic Avenue"), with the assistance of the Company's officers, counsel, accountants and advisers, to (i) prepare, execute and file with the appropriate court a petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, as amended (the "**Bankruptcy Code**"), and (ii) take such other and further steps as may be necessary, appropriate or advisable to obtain for Organic Avenue any and all relief to which it may be entitled under the Bankruptcy Code;

RESOLVED, that Lowenstein Sandler LLP is hereby retained as bankruptcy counsel to Organic Avenue on such terms and conditions as may be agreed to in the name and on behalf of Organic Avenue by Manager; and

RESOLVED, that the Manager may retain a financial advisor or accountant, to the extent necessary or appropriate, on such terms and conditions as may be agreed to in the name and on behalf of Organic Avenue by the Manager; and

RESOLVED, that the Manager is authorized and empowered in the name and on behalf of Organic Avenue or otherwise, to do all such acts and to execute, deliver and file all such agreements, certificates, instruments and documents, and to pay all such expenses and taxes as he shall deem necessary, appropriate or advisable in order to carry out the intent and accomplish the purposes of the foregoing resolutions, such acts, executions, deliveries, or filings to be conclusive evidence that he deemed the same to be necessary, appropriate or advisable; and all acts of the Manager having occurred prior to the date hereof in order to carry out the intent and accomplish the purposes of the foregoing resolutions are hereby approved, adopted, ratified and confirmed in all respects.

Dated: October 15, 2015

OAM MANAGER INC.

s/ _____

David Schwinger, Vice President

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of New York

In re    **Organic Avenue LLC**

Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 3,401,863.73 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | 2,505,226.72 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 38 | | | |
| Total Assets | | | 3,401,863.73 | | |
| Total Liabilities | | | | 2,505,226.72 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of New York

In re      **Organic Avenue LLC**

Case No. _____

Chapter_____7_____

Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Organic Avenue LLC**                                              Case No. _____

                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

__0__ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Organic Avenue LLC**                                    Case No. _____
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | - | 3,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JP Morgan Chase Bank (Cash Deposit Account No. 3099)** | - | 35,743.00 |
| | | **JP Morgan Chase Bank (Operating Account No. 1923)** | - | 1.00 |
| | | **JP Morgan Chase Bank (Payroll Account No. 1931)** | - | 1.00 |
| | | **JP Morgan Chase Bank (Credit Card Deposit Account No. 1972)** | - | 28.86 |
| | | **JP Morgan Chase Bank (HRA Account No. 2012)** | - | 95.78 |
| | | **JP Morgan Chase Bank (Money Market Account No. 8218)** | - | 25,020.03 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **See Attached Rider B3** | - | 1,482,826.06 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >        1,546,715.73
(Total of this page)

___4___ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Security Deposits with Utilities, Landlords and Others**
**Rider B3**

Organic Avenue
Security Deposits Reconciliation
5/31/2014 (Latest Available)

| Location | Security Deposit |
|---|---|
| 149 5th Avenue, New York, NY | 223,465.18 |
| West Village | 10,844.10 |
| 116 Suffolk Street, New York, NY | 6,000.00 |
| 116 Suffolk Street, 2nd FL, New York, NY | - |
| 156 Sullivan Street, New York, NY | 7,600.00 |
| 1021 Lexington Ave., New York, NY | 50,648.00 |
| 649 Lexington Ave., New York, NY | 40,000.00 |
| 461-469 Amsterdam Ave., New York, NY | 78,877.40 |
| 261 West 21st St., New York, NY | 121,000.00 |
| 250 South Service Rd., Rosyln Heights, NY | 10,010.00 |
| 515 Hudson St., New York, NY | 64,000.00 |
| 206 East 86th Street, New York, NY | 158,862.50 |
| 30 Third Ave., New York, NY | 54,333.00 |
| 640 Broadway, New York, NY | 41,366.66 |
| 1751 Broadway, New York, NY | 50,000.00 |
| 3W57 | 7,000.00 |
| 254 Park Avenue, South, New York, NY | 102,265.00 |
| 5 Bryant Park, New York, NY | 300,000.00 |
| 43-46 10th Street, Long Island City, NY | 20,450.00 |
| 43-37 9th Street, Long Island City, NY | 28,768.47 |
| 43-43 9th Street, Long Island City, NY | 25,669.08 |
| 10-01 45th Road, Long Island City, NY | 81,666.67 |
| LIC-5 (Rcano) | - |
| WTC | - |
| | 1,482,826.06 |

B6B (Official Form 6B) (12/07) - Cont.

In re    **Organic Avenue LLC**                                      Case No. _____
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Non-Residential real property lease** **Lessor: 115 East 9th Street Retail, L.P.** **Lessee: Organic Avenue LLC** **Property:  115 East Ninth Street, New York, NY** | - | 0.00 |
| | | **Non-Residential real property lease** **Lessor: 254 Pas Trevi LLC** **Lessee: OA 254 Park Avenue South LLC** **Property:  254 Park Avenue, South, New York, NY** | - | 0.00 |
| | | **Non-Residential real property lease** **Lessor: 640 Broadway Owners LLC** **Lessee: Organic Avenue 640 LLC** **Property:  640 Broadway, New York, NY** | - | 0.00 |
| | | **Non-Residential real property lease** **Lessor: Bar-Mar Associates** **Lessee: Organic Avenue LLC** **Property: 205 East 85th Street, New York, NY** | - | 0.00 |
| | | **Non-Residential real property lease** **Lessor: Chelsea 8th Avenue, LLC** **Lessee: Organic Chelsea, LLC** **Property:  261 West 21st Street, New York, NY** | - | 0.00 |

<div align="right">

Sub-Total >         0.00
(Total of this page)

</div>

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Organic Avenue LLC**                                                           Case No. _____
_____
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Non-Residential real property lease**<br>**Lessor: DH Vernon LLC**<br>**Lessee: Organic Avenue LLC**<br>**Property:  10-01 45th Road, Long Island, NY** | - | 0.00 |
| | | **Non-Residential real property lease**<br>**Lessor: Double Horse, Inc.**<br>**Lessee: Organic Avenue WV LLC**<br>**Property:  515 Hudson Street, New York, NY** | - | 0.00 |
| | | **Non-Residential real property lease**<br>**Lessor: John A. Werwaiss d/b/a Knickerbocker Realty Company**<br>**Lessee: Organic Avenue Lexington LLC**<br>**Property:  1021 Lexington Avenue, New York, NY 10021** | - | 0.00 |
| | | **Non-Residential real property lease**<br>**Lessor: Schuman 43-46 10th Street LLC**<br>**Lessee: Organic Avenue LLC**<br>**Property:  43-46 10th Street, Long Island City, NY** | - | 0.00 |
| | | **Non-Residential real property lease**<br>**Lessor: Trizechahis 1065 Avenue of the Americas Property Owner LLC**<br>**Lessee: OA 1065 Avenue of the Americas LLC**<br>**Property:  5 Bryant Park a/k/a 1065 Avenue of the Americas, New York, NY** | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | - | 2,634.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >     **2,634.00**
(Total of this page)

Sheet __2__ of __4__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Organic Avenue LLC**                                          Case No. _____

                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Trademark: "OA" (Serial Number: 85/410,421) | - | Unknown |
| | | Trademark: "LOVE*" (Serial Number: 85/410,415) Registration Number: 4,331,797 dated 5/7/2013 | - | Unknown |
| | | Trademark: "SINGLE-PRESSED*" (Serial Number: 85/624,162) | - | Unknown |
| | | Trademark: "DOUBLE-PRESSED*" (Serial Number: 85/624,179) | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1 FB20MU-12 Forklift Location: 43-46 10th Street, Long Island City NY 11101 | - | Unknown |
| | | 2007 Freightliner 4x2 Sprinter Cargo Van, W/ABS HYD BR WDYPE845175178070 Location: 43-46 10th Street, Long Island City NY 11101 | - | Unknown |
| | | 2103 HINO 5PVNJ8JT0D4554381 Location: 43-46 10th Street, Long Island City NY 11101 | - | Unknown |

Sub-Total >      0.00
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Organic Avenue LLC**                                                      Case No. _____

_____,
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Furniture and Fixtures** | - | 1,023,036.00 |
| | | **Software** | - | 221,992.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See attached Rider B29** | - | Unknown |
| 30. Inventory. | | **Inventory** | - | 566,316.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Capital Leases** | - | 41,170.00 |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 1,852,514.00 |
| Total > | 3,401,863.73 |

(Report also on Summary of Schedules)

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Machinery, Fixtures, Equipment and Supplies Used in Business - Rider B29

**Plant:**

1. KAPS ALL filler machine serial: 7399
2. KAPS ALL filler machine Serial: 7415
3. KAPS ALL filler machine serial: 7416
4. Domino UK Limited serial: AST0000 155 (ink machine)
5. Domino A-Serie Plus (ink machine)
6. Robot Coupe Blixer 45 (1 blender - big)
7. Robot Coupe Blixer 6 (2 blenders - small)
8. Vitamix (6 blenders)
10. Atlantic Scale, E11000078 (medium scale)
11. Cooker, Model: SET-10, serial:140723053809
12. Harvest Saver, Model R-5A, Serial: 11-224 (4 food dehydraters)
13. Filling Equipment, Model:1503401 (shot filler)
14. Electric Wheatgrass Machine
15. DRx Squeeze, serial: WJ07080015 (squeezer)
16. NSF Moffat Limited Intertek, Serial:735244 (oven)
17.Goodnature X6, serial: 23646-1, Model: X6 press (2 juicers)
18. Goodnature X1, Serial:21598-1, Model: X1 Press (1 juicer)
19. JBT Citrus Juicer (1 Juicer, big one)
20. Citrus juicers (2 small, no brand)
21. Zumex juicer, serial: 421961
22. Alkaline Machine, Commerical Ionize

**Stores:**

6 stores, each has from 2-3 commerical blenders, Bryant Park has 4 blenders

B6D (Official Form 6D) (12/07)

In re **Organic Avenue LLC**                                      Case No. _____
_____
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

0   continuation sheets attached

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/13)

In re    **Organic Avenue LLC**                                          Case No. _____

_____,
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Organic Avenue LLC**                                          Case No. _____
                                              ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | | | | | |
| **254 PAS Trevi LLC** **c/o Trevi Retail LLC** **130 East 59th Street, Ste. 14A** **New York, NY 10022** | - | | | | | | | 43,238.75 |
| **Account No.** | | | | | | | | |
| **A.R. Walker & Co., Inc.** **225 West 80th Street** **New York, NY 10024** | - | | | | | | | 27,342.22 |
| **Account No.** | | | | | | | | |
| **ABC Stone Inc.** **2306 Ocean Avenue #C7** **Brooklyn, NY 11229** | - | | | | | | | 400.00 |
| **Account No.** | | | | | | | | |
| **Ace Natural** **41-38 37th Street** **Long Island City, NY 11101** | - | | | | | | | 122,235.00 |
| __26__  continuation sheets attached | | | | | Subtotal (Total of this page) | | | 193,215.97 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Organic Avenue LLC**           Case No. _____

                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Active Temporaries Ltd. 41 West 33rd Street New York, NY 10001 | | - | | | | | 56,696.00 |
| Account No. | | | | | | | |
| ADT Security Services P.O. Box 371956 Pittsburgh, PA 15250-7956 | | - | | | | | 4,284.00 |
| Account No. | | | | | | | |
| Advance Mechanical 960 Utica Avenue Brooklyn, NY 11203 | | - | | | | | 99,059.00 |
| Account No. | | | | | | | |
| Albert's Organics Attn: Bill Tosto P.O. Box 877 Swedesboro, NJ 08085 | | - | | | | | 28,763.00 |
| Account No. | | | | | | | |
| American Packaging Solution 116 Nostrand A Brooklyn, NY 11205 | | - | | | | | 14,274.00 |

Sheet no. __1__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal (Total of this page)      **203,076.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Organic Avenue LLC**                                              Case No. _____

                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**AT&T Mobility**<br>**P.O. Box 6463**<br>**Carol Stream, IL 60197-6463** | | - | | | | | | 3,519.00 |
| Account No.<br><br>**AT&T Wi-Fi Services**<br>**P.O. Box 5005**<br>**Carol Stream, IL 60197-5005** | | - | | | | | | 845.00 |
| Account No.<br><br>**Atlantic Scale Co. Inc.**<br>**136 Washington Avenue**<br>**Nutley, NJ 07110-3502** | | - | | | | | | 392.00 |
| Account No.<br><br>**Avive Tri-State Sales &**<br>**Logistics, LLC**<br>**P.O. Box 146**<br>**Old Westbury, NY 11568-0146** | | - | | | | | | 196.00 |
| Account No.<br><br>**Bar Mar Associates LLC**<br>**c/o Perlbinder Realty**<br>**429 East 52nd Street**<br>**New York, NY 10022** | | - | | | | | | 85,381.00 |

Sheet no. __2__ of __26__ sheets attached to Schedule of                                        Subtotal                    90,333.00
Creditors Holding Unsecured Nonpriority Claims                                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Organic Avenue LLC**                                Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Blue Lake Citrus Products** General Post Office P.O. Box 27712 New York, NY 10087-7712 | | - | | | | | 2,957.00 |
| Account No. | | | | | | | |
| **Borax Paper Products, Inc.** General Post Office P.O. Box 27712 New York, NY 10087-7712 | | - | | | | | 7,610.15 |
| Account No. | | | | | | | |
| **Bread Alone** P.O. Box 719 Lake Katrine, NY 12449 | | - | | | | | 3,552.00 |
| Account No. | | | | | | | |
| **Brew Lab Tea** 135 W. 29th Street Suite 602 New York, NY 10001 | | - | | | | | 2,953.00 |
| Account No. | | | | | | | |
| **C&C Lift Truck Inc.** 30 Parkway Place Edison, NJ 08837 | | - | | | | | 191.00 |

Sheet no. __3__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **17,263.15**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Organic Avenue LLC**                               Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Castellon & Associates LLC** 2986 Veterans Memorial Highway Bohemia, NY 11716 | - | | | | | | 18,756.52 |
| Account No. | | | | | | | |
| **Cheetah Interstate Delivery** P.O. Box 1534 Long Island City, NY 11101 | - | | | | | | 2,819.00 |
| Account No. | | | | | | | |
| **CHLIC** P.O. Box 644546 Pittsburgh, PA 15264-4546 | - | | | | | | 27,500.00 |
| Account No. | | | | | | | |
| **Cigna HealthCare** 499 Washington Blvd. 2nd Floor Jersey City, NJ 07310 | - | | | | | | 204,523.00 |
| Account No. | | | | | | | |
| **Cigna Life Insurance Co. of NY** Lockbox #7941 P.O. Box 8500 Philadelphia, PA 19178-7941 | - | | | | | | 441.00 |

Sheet no. __4__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     254,039.52
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re     **Organic Avenue LLC**                                          Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Cintas** <br> **FAS Lockbox 636525** <br> **P.O. Box 636525** <br> **Cincinnati, OH 45263** | - | | | | | | 7,743.10 |
| Account No. | | | | | | | |
| **City Store Gates Mfg. Corp.** <br> **15-20 129th Street** <br> **College Point, NY 11356** | - | | | | | | 3,691.00 |
| Account No. | | | | | | | |
| **Classic Systems, Inc.** <br> **86 Garden Street** <br> **Westbury, NY 11590** | - | | | | | | 515.00 |
| Account No. | | | | | | | |
| **Clean Air Group Drain Services** <br> **154-05 12th Avenue, 2nd Floor** <br> **Whitestone, NY 11357** | - | | | | | | 2,014.00 |
| Account No. | | | | | | | |
| **Corcoran Fitness** <br> **c/o Angela Corcoran** <br> **1E. Chase Street** <br> **Unit 810** <br> **Baltimore, MD 21202** | - | | | | | | 3,405.00 |

Sheet no. __5__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          17,368.10

B6F (Official Form 6F) (12/07) - Cont.

In re    **Organic Avenue LLC**                                    Case No. _____
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Delucchi Plus, LLC 2101 L Street, NW, Suite 650 Washington, DC 20037 | - | | | | | | 32,000.00 |
| Account No. | | | | | | | |
| Demakes Enterprises, Inc. 37 Waterhill Street Lynn, MA 01905 | - | | | | | | 13,563.00 |
| Account No. | | | | | | | |
| Desouza International Inc. P.O. Box 395 Beaumont, CA 92223 | - | | | | | | 20,933.00 |
| Account No. | | | | | | | |
| DH Veronon c/o hans Holterbosch Inc. 375 Park Avenue, Ste. 2503 New York, NY 10152 | - | | | | | | 39,784.00 |
| Account No. | | | | | | | |
| Diamond K Trucking Co. 23 Terminal Road Lyndhurst, NJ 07071 | - | | | | | | 27,323.00 |

Sheet no. __6__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

133,603.00

B6F (Official Form 6F) (12/07) - Cont.

In re     **Organic Avenue LLC**                                                    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| DMX, LLC P.O. Box 602777 Charlotte, NC 28260-2777 | - | | | | | | 118.00 |
| Account No. | | | | | | | |
| DOCC Inc. B Borinski Road Lincoln Park, NJ 07035 | - | | | | | | 98.00 |
| Account No. | | | | | | | |
| Domino Amjet Inc. 3809 Collection Center Drive Chicago, IL 60693 | - | | | | | | 3,931.00 |
| Account No. | | | | | | | |
| Double Horse, Inc. 6725 Dartmouth Street, Ste. 7J Forest Hills, NY 11375 | - | | | | | | 37,968.00 |
| Account No. | | | | | | | |
| E-Z Edge Incorporated 6119 Adams Street West New York, NJ 07093 | - | | | | | | 763.00 |

Sheet no. _7_ of _26_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     42,878.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Organic Avenue LLC**                                    Case No. _____
                                    _____,
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| E3 Live 610 Broad Street Klamath Falls, OR 97601 | | - | | | | | | 2,300.00 |
| Account No. | | | | | | | | |
| Ecolab P.O. Box 32027 New York, NY 10087-2027 | | - | | | | | | 13,310.00 |
| Account No. | | | | | | | | |
| Ecolab Food Safety Specialties 24198 Network Place Chicago, IL 60673-1241 | | - | | | | | | 3,844.00 |
| Account No. | | | | | | | | |
| Ecolab Pest Elimination 26252 Network Place Chicago, IL 60673-1262 | | - | | | | | | 7,467.00 |
| Account No. | | | | | | | | |
| Emma, Inc. 75 Remittance Drive, Ste 6222 Chicago, IL 60675-6222 | | - | | | | | | 1,022.00 |

Sheet no. __8__ of __26__ sheets attached to Schedule of       Subtotal       27,943.00
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Organic Avenue LLC**                                                      Case No. _____
                                                    ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Emmy's Organics, Inc. 202 Taughannock Blvd. Ithaca, NY 14850 | | - | | | | | | 3,977.00 |
| Account No. | | | | | | | | |
| Empire Management 347 Fifth Avenue, 16th Floor New York, NY 10016-5010 | | - | | | | | | 56,903.00 |
| Account No. | | | | | | | | |
| Enviornmental Control Board P.O. Box 2307 New York, NY 10038 | | - | | | | | | 200.00 |
| Account No. | | | | | | | | |
| Extech Building Mate 4387 Vernon Blvd. Long Island City, NY 11101 | | - | | | | | | 362.00 |
| Account No. | | | | | | | | |
| Fidelity Security Life Insurance Co of NY P.O. Box 417772 Boston, MA 02241-7772 | | - | | | | | | 216.00 |

Sheet no. _9_ of _26_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **61,658.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Organic Avenue LLC**
_____
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Fine and Raw Chocolates** 288 Seigel Street Brooklyn, NY 11206 | | - | | | | | | 16,608.00 |
| Account No. | | | | | | | | |
| **Four Seasons Produce** P.O. Box 62212 Baltimore, MD 21264-2212 | | - | | | | | | 177,906.00 |
| Account No. | | | | | | | | |
| **GoodNature Products, Inc.** 149 Bud-Mil Drive Buffalo, NY 14206 | | - | | | | | | 2,637.00 |
| Account No. | | | | | | | | |
| **Grainger** Dept. 876983420 Palatine, IL 60038-0001 | | - | | | | | | 306.00 |
| Account No. | | | | | | | | |
| **Greek Farms International** 2612 Borough Pl, WHS #4 Woodside, NY 11377 | | - | | | | | | 9,335.00 |

Sheet no. __10__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

206,792.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Organic Avenue LLC**                                                  Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Greenlion Cleaning & Maintenance, Inc. P.O. Box 6077 Freeport, NY 11520 | | - | | | | | 1,040.00 |
| Account No. | | | | | | | |
| Hub International Northeast P.O. Box 414972 Boston, MA 02241-4972 | | - | | | | | 160,486.00 |
| Account No. | | | | | | | |
| Hygiena 941 Avenida Acaso Camarillo, CA 93012 | | - | | | | | 5,398.00 |
| Account No. | | | | | | | |
| IBI Armored Services, Inc. 37-06 61st Street Woodside, NY 11377 | | - | | | | | 3,279.00 |
| Account No. | | | | | | | |
| IEH NE SaniPure Food Labs 178 Saddle River Road Rochelle Park, NJ 07662-4619 | | - | | | | | 5,508.00 |

Sheet no. __11__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        175,711.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Organic Avenue LLC**                                   Case No. _____
_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| iFuel Interactive, LLC P.O. Box 3268 New York, NY 10163-3268 | | - | | | | | 22,211.00 |
| Account No. | | | | | | | |
| Improve USA 2929 E. White Star Avenue Anaheim, CA 92806 | | - | | | | | 1,150.00 |
| Account No. | | | | | | | |
| International Harvest 606 Franklin Avenue Mount Vernon, NY 10550 | | - | | | | | 25,302.00 |
| Account No. | | | | | | | |
| itskale llc 244 W 10th Street, Unit 2 New York, NY 10014 | | - | | | | | 4,320.00 |
| Account No. | | | | | | | |
| IUG Business Solutions Attn: Accounting Dept. P.O. Box 5092 New York, NY 10185 | | - | | | | | 63,328.00 |

Sheet no. __12__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        116,311.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont

In re    **Organic Avenue LLC**                                                    Case No. _____
_____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>**Jack's Stir Brew Coffee**<br>**175 Varick Street, Suite 819**<br>**New York, NY 10014** | | - | | | | | 28,586.00 |
| **Account No.**<br><br>**Janitorial Cleaning Service**<br>**P.O. Box 293**<br>**New York, NY 10113** | | - | | | | | 1,949.00 |
| **Account No.**<br><br>**Jones Day**<br>**77 West Wacker**<br>**Chicago, IL 60601-1692** | | - | | | | | 26,664.00 |
| **Account No. 1923**<br><br>**JP Morgan Chase Bank**<br>**4 Metro Tech Center, 14th Fl**<br>**Brooklyn, NY 11245** | | - | | | | | 14,471.33 |
| **Account No. 1931**<br><br>**JP Morgan Chase Bank**<br>**4 Metro Tech Center, 14th Fl**<br>**Brooklyn, NY 11245** | | - | | | | | 90,782.05 |

Sheet no. __13__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    162,452.38

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Organic Avenue LLC**                                    Case No. _____

_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1972 | | | | | | | |
| JP Morgan Chase Bank 4 Metro Tech Center, 14th Fl Brooklyn, NY 11245 | | - | | | | | 28.86 |
| Account No. | | | | | | | |
| Kauff McGuire & Margolis LLP 950 Third Avenue, 14th Floor New York, NY 10022 | | - | | | | | 72,949.00 |
| Account No. | | | | | | | |
| Kenco 6543 N. Sidney Place Milwaukee, WI 53209 | | - | | | | | 1,685.00 |
| Account No. | | | | | | | |
| Kettle Cuisine 330 Lynnway Lynn, MA 01901 | | - | | | | | 3,763.00 |
| Account No. | | | | | | | |
| Kitchen Works P.O. Box 771 Freeport, NY 11520 | | - | | | | | 4,072.00 |

Sheet no. __14__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        82,497.86

B6F (Official Form 6F) (12/07) - Cont.

In re    **Organic Avenue LLC**                                    Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Konica Minolta Premier P.O. Box 41602 Philadelphia, PA 19101-1602 | - | | | | | | 4,066.00 |
| Account No. | | | | | | | |
| Lenox Hill Window Cleaning Co. P.O. Box 1526 FDR Station New York, NY 10150 | - | | | | | | 2,025.00 |
| Account No. | | | | | | | |
| LesserEvil, LLC 83 Newtown Road, 2 Fl. Danbury, CT 06810 | - | | | | | | 3,926.00 |
| Account No. | | | | | | | |
| Long Island Frozen 25 Charlotte Avenue Hicksville, NY 11801 | - | | | | | | 5,920.00 |
| Account No. | | | | | | | |
| Marc Leahy 116 Sandy Hollow Road Northport, NY 11768 | - | | | | | | 3,700.00 |

Sheet no. __15__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **19,637.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Organic Avenue LLC**                                    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| Martin, Decruze & Company LLP 2777 Summer Street, 4th Floor Stamford, CT 06905 | - | | | | | | | 11,000.00 |
| **Account No.** | | | | | | | | |
| MegaPath Dept #111023 P.O. Box 150421 Hartford, CT 06115-0421 | - | | | | | | | 3,589.00 |
| **Account No.** | | | | | | | | |
| Mobile Lock & Safe, Inc. P.O. Box 803707 Chicago, IL 60680-3707 | - | | | | | | | 780.00 |
| **Account No.** | | | | | | | | |
| Mountain Rose Herbs P.O. Box 50220 Eugene, OR 97405 | - | | | | | | | 654.00 |
| **Account No.** | | | | | | | | |
| Mr. T Carting Corp. 73-10 Edsall Avenue Ridgewood, NY 11385-8220 | - | | | | | | | 39,120.00 |

Sheet no. __16__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     55,143.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Organic Avenue LLC**                                        Case No. _____

_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | |
| **Account No.** | | | | | | | | |
| **Mulberry LLC** **285 Tanglewood Crossing** **Lawrence, NY 11559** | | - | | | | | | 40,000.00 |
| **Account No.** | | | | | | | | |
| **New York City Department of Finance** **P.O. Box 3644** **New York, NY 10008-3644** | | - | | | | | | 20.00 |
| **Account No.** | | | | | | | | |
| **New York State Ins. Fund** **Disability Benefits** **P.O. Box 5239** **New York, NY 10008-5239** | | - | | | | | | 1,191.84 |
| **Account No.** | | | | | | | | |
| **Nexcess** **21700 Melrose Avenue** **Southfield, MI 48075** | | - | | | | | | 1,500.00 |
| **Account No.** | | | | | | | | |
| **Nutrifresh** **25 Charlotte Avenue** **Hicksville, NY 11801** | | - | | | | | | 5,987.00 |

Sheet no. __17__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          48,698.84

B6F (Official Form 6F) (12/07) - Cont.

In re    **Organic Avenue LLC**                                                    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Orthodox Union** **Eleven Broadway** **New York, NY 10004** | | - | | | | | 1,439.00 |
| Account No. | | | | | | | |
| **Paper Enterprises** **770 East 132nd Street** **Bronx, NY 10454** | | - | | | | | 10,914.00 |
| Account No. | | | | | | | |
| **Parker Interior Landscape** **1325 Terrill Road** **Scotch Plains, NJ 07076** | | - | | | | | 7,345.00 |
| Account No. | | | | | | | |
| **Poland Spring Direct** **P.O. Box 856192** **Louisville, KY 40285-6192** | | - | | | | | 1,727.00 |
| Account No. | | | | | | | |
| **Polar Tech Industries** **P.O. Box 5930** **Bloomington, IL 61702-5930** | | - | | | | | 31,848.00 |

Sheet no. __18__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          53,273.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Organic Avenue LLC**                                            Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Pomeroy Equipment Co. Attn: Kerrie 7200 Montessouri St #140 Las Vegas, NV 89113 | | - | | | | | | 6,327.00 |
| Account No. | | | | | | | | |
| Popnyc 75 St. Nicholas Place, Ste. 2E New York, NY 10032 | | - | | | | | | 10,125.00 |
| Account No. | | | | | | | | |
| Preston Press, LLC 4750 30th Street Long Island City, NY 11101 | | - | | | | | | 5,849.00 |
| Account No. | | | | | | | | |
| Purchase Power P.O. Box 371874 Pittsburgh, PA 15250-7874 | | - | | | | | | 53.00 |
| Account No. | | | | | | | | |
| Quality Transportation 36-40 37th Street Long Island City, NY 11101 | | - | | | | | | 49,323.00 |

| | | |
|---|---|---|
| Sheet no. __19__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 71,677.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re      **Organic Avenue LLC**                                                Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| **Red Barn Bakery** **4 South Astor Street** **Irvington, NY 10533** | - | | | | | | | | 20.00 |
| Account No. | | | | | | | | | |
| **Red Book Solutions** **4550 S. Windermere Street** **Englewood, CO 80110-5541** | - | | | | | | | | 775.00 |
| Account No. | | | | | | | | | |
| **Rejuvenate Forever LLC** **1829 Bell Blvd.** **Bayside, NY 11360** | - | | | | | | | | 7,267.50 |
| Account No. | | | | | | | | | |
| **Rockin Raw** **57 Mercer Street Garden Apts** **Jersey City, NJ 07302** | - | | | | | | | | 1,857.00 |
| Account No. | | | | | | | | | |
| **Rudin Management Co., Inc.** **Rudin East 55th Street KKC** **c/o Rudin Management** **345 Park Avenue** **New York, NY 10154** | - | | | | | | | | 25,153.00 |

Sheet no. __20__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **35,072.50**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Organic Avenue LLC**                                              Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Sandy Hillman Communications The Exchange** 1122 Kenilworth Drive, St. 303 Towson, MD 21204 | | - | | | | | 12,000.00 |
| Account No. | | | | | | | |
| **Schuman 43-46 10th Street LLC** 454/39/43-46 10ST 36-04 Skillman Avenue Long Island City, NY 11101 | | - | | | | | 13,537.00 |
| Account No. | | | | | | | |
| **Schuman 43-50 10th Street LLC** 454/22/43-43 9ST 36-04 Skillman Avenue Long Island City, NY 11101 | | - | | | | | 22,875.00 |
| Account No. | | | | | | | |
| **Schuman 43-50 10th Street LLC** 454/25/43-37 9ST 36-04 Skillman Avenue Long Island City, NY 11101 | | - | | | | | 21,032.60 |
| Account No. | | | | | | | |
| **ServiceChannel.com Inc.** 9 Albertson Avenue Albertson, NY 11507 | | - | | | | | 4,899.00 |

Sheet no. __21__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          74,343.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **Organic Avenue LLC**                                     Case No. _____

_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | |
| Shebang Inc. c/o Kristen Cahill 444 E 86th Street #29C New York, NY 10028 | - | | | | | | 5,149.00 |
| **Account No.** | | | | | | | |
| Shoes for Crews, LLC 250 South Australian Avenue West Palm Beach, FL 33401 | - | | | | | | 3,004.00 |
| **Account No.** | | | | | | | |
| SMJ Construction, Inc. 254-B 13th Street Palisades Park, NJ 07650 | - | | | | | | 28,610.00 |
| **Account No.** | | | | | | | |
| Staples Advantage Dept NY P.O. Box 415256 Boston, MA 02241-5256 | - | | | | | | 4,985.00 |
| **Account No.** | | | | | | | |
| Sterling Infosystems Company Newark Post Office P.O. Box 36482 Newark, NJ 07193-6482 | - | | | | | | 475.00 |

Sheet no. __22__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **42,223.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Organic Avenue LLC_____,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | | | | | | |
| Supreme Security & Media Automation 1408 Coney Island Avenue Brooklyn, NY 11230 | | - | | | | | 1,062.00 |
| Account No. | | | | | | | |
| Taddsco "Images", Inc. 1032 Broadway Santa Monica, CA 90404 | | - | | | | | 946.00 |
| Account No. | | | | | | | |
| The Paul Revere Life Ins. Co. P.O. Box 1365 Columbia, SC 29202-1365 | | - | | | | | 6,639.00 |
| Account No. | | | | | | | |
| The Print House 538 Johnson Avenue Brooklyn, NY 11237 | | - | | | | | 2,396.00 |
| Account No. | | | | | | | |
| The Wasserstrom Company 477 South Front Street Columbus, OH 43215 | | - | | | | | 172.00 |

Sheet no. __23__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              11,215.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Organic Avenue LLC**                                          Case No. _____
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Time Warner Cable P.O. Box 9227 Uniondale, NY 11555-9227 | | - | | | | | 384.00 |
| Account No. | | | | | | | |
| Towerstream Corporation P.O. Box 414061 Boston, MA 02241-4061 | | - | | | | | 3,375.00 |
| Account No. | | | | | | | |
| TPP Image Packaging 7930 State Line Road, Ste. 211 Prairie Village, KS 66208 | | - | | | | | 83,915.00 |
| Account No. | | | | | | | |
| Transition Nutrition 16 A Pamaon Way Novato, CA 94949 | | - | | | | | 15,182.00 |
| Account No. | | | | | | | |
| Trizechahn 1065 Avenue of the Americas 5 Bryant Park BLDG ID: 38260 P.O. Box 209259 Austin, TX 78720-9259 | | - | | | | | 72,081.00 |

Sheet no. __24__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          174,937.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Organic Avenue LLC**                                          Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Uline Shipping Supplies P.O. Box 88741 Chicago, IL 60680-1741 | | - | | | | | 16,532.00 |
| Account No. | | | | | | | |
| Ultimate Super Foods, Inc. Accounting 5449 Endeavor Court Moorpark, CA 93021 | | - | | | | | 6,764.00 |
| Account No. | | | | | | | |
| United Natural Foods P.O. Box 706 Keene, NH 03431 | | - | | | | | 19,585.00 |
| Account No. | | | | | | | |
| Universal Enterprises Management Corp. 375 Stobe Avenue Staten Island, NY 10306 | | - | | | | | 1,871.00 |
| Account No. | | | | | | | |
| Urban Associates, LLC 400 W 59th Street New York, NY 10019-8012 | | - | | | | | 27,567.00 |

Sheet no. __25__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    72,319.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Organic Avenue LLC**                                          Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Varidirect 5-25 46th Avenue Long Island City, NY 11101 | | - | | | | | | 7,306.00 |
| Account No. | | | | | | | | |
| Verizon-3719008528 P.O. Box 15124 Albany, NY 12212-5124 | | - | | | | | | 312.00 |
| Account No. | | | | | | | | |
| White Coffee Corp. 18-35 38 Steinway Place Astoria, NY 11105 | | - | | | | | | 11,109.50 |
| Account No. | | | | | | | | |
| Winhaven 640 Broadway Owners c/o Arcadia Realty Trust 1311 Mamaroneck Ave., Ste 260 White Plains, NY 10605 | | - | | | | | | 42,818.30 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __26__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| Subtotal (Total of this page) | 61,545.80 |
| Total (Report on Summary of Schedules) | 2,505,226.72 |

B6G (Official Form 6G) (12/07)

In re    **Organic Avenue LLC**                                          ,        Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **115 East 9th Street Retail LP**<br>**400 West 59th Street, 3rd Fl.**<br>**New York, NY 10019** | **Non-Residential real property lease**<br>**Lessor: 115 East 9th Street Retail, L.P.**<br>**Lessee: Organic Avenue LLC**<br>**Property: 115 East Ninth Street, New York, NY** |
| **254 Pas Trevi LLC**<br>**c/o Trevi Retail LLC**<br>**130 East 59th Street, Ste. 14A**<br>**New York, NY 10022** | **Non-Residential real property lease**<br>**Lessor: 254 Pas Trevi LLC**<br>**Lessee: OA 254 Park Avenue South LLC**<br>**Property: 254 Park Avenue, South, New York, NY** |
| **640 Broadway Owners LLC**<br>**c/o Arcadia Realty Trust**<br>**1311 Mamaroneck Avenue**<br>**Suite 260**<br>**White Plains, NY 10605** | **Non-Residential real property lease**<br>**Lessor: 640 Broadway Owners LLC**<br>**Lessee: Organic Avenue 640 LLC**<br>**Property: 640 Broadway, New York, NY** |
| **Bar-Mar Associates LLC**<br>**c/o Perlbinder Realty**<br>**429 East 52nd Street**<br>**New York, NY 10022** | **Non-Residential real property lease**<br>**Lessor: Bar-Mar Associates**<br>**Lessee: Organic Avenue LLC**<br>**Property: 205 East 85th Street, New York, NY** |
| **Chelsea 8th Avenue LLC**<br>**c/o Empire**<br>**347 Fifth Avenue, 16th Floor**<br>**New York, NY 10016-5010** | **Non-Residential real property lease**<br>**Lessor: Chelsea 8th Avenue, LLC**<br>**Lessee: Organic Chelsea, LLC**<br>**Property: 261 West 21st Street, New York, NY** |
| **DH Vernon LLC**<br>**c/o Hans Holterbosch Inc.**<br>**375 Park Avenue, Suite 2503**<br>**New York, NY 10152** | **Non-Residential real property lease**<br>**Lessor: DH Vernon LLC**<br>**Lessee: Organic Avenue LLC**<br>**Property: 10-01 45th Road, Long Island, NY** |
| **Double Horse, Inc.**<br>**6725 Dartmouth Street, Ste. 7J**<br>**Forest Hills, NY 11375** | **Non-Residential real property lease**<br>**Lessor: Double Horse, Inc.**<br>**Lessee: Organic Avenue WV LLC**<br>**Property: 515 Hudson Street, New York, NY** |
| **John A. Werwaiss**<br>**d/b/a Knickerbocker Realty Co.**<br>**708 Third Avenue, Suite 1630**<br>**New York, NY 10017** | **Non-Residential real property lease**<br>**Lessor: John A. Werwaiss d/b/a Knickerbocker Realty Company**<br>**Lessee: Organic Avenue Lexington LLC**<br>**Property: 1021 Lexington Avenue, New York, NY 10021** |
| **Konica Minolta Business**<br>**21146 Network Place**<br>**Chicago, IL 60673** | **Konica Minolta Copier - COntract #25287420** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Organic Avenue LLC**                                                      Case No. _____

                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Konica Minolta Business**<br>**21146 Network Place**<br>**Chicago, IL 60673** | **Konica Minolta Copier - Contract #25344006** |
| **Schuman 43-46 10th Street LLC**<br>**36-04 Skillman Avenue**<br>**Long Island City, NY 11101** | **Non-Residential real property lease**<br>**Lessor: Schuman 43-46 10th Street LLC**<br>**Lessee: Organic Avenue LLC**<br>**Property:  43-46 10th Street, Long Island City, NY** |
| **Trizechahis 1065 Avenue of the Americas Property Owner LLC**<br>**5 Bryant Park, Bldg. ID 38260**<br>**P.O. Box 209259**<br>**Austin, TX 78720-9259** | **Non-Residential real property lease**<br>**Lessor: Trizechahis 1065 Avenue of the Americas Property Owner LLC**<br>**Lessee: OA 1065 Avenue of the Americas LLC**<br>**Property:  5 Bryant Park a/k/a 1065 Avenue of the Americas, New York, NY** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Organic Avenue LLC**                                          Case No. _____
_____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   __Organic Avenue LLC__                                          Case No.   _____

                                   Debtor(s)                        Chapter   __7__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __40__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __October 15, 2015__                 Signature   _____

                                              **David Schwinger**
                                              **Vice President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of New York

In re    **Organic Avenue LLC**       Case No. _____

                 Debtor(s)        Chapter    **7** _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$9,631,963.02** | **2015 YTD: Business Income** |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                   SOURCE

B7 (Official Form 7) (04/13)

---

**3. Payments to creditors**

None ■    *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Rider 3b** | | **$0.00** | **$0.00** |

None ■    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **John Edelman v. Organic Avenue LLC; Weld North Ventures LLC**<br>**Docket No. 15-653091** | **Contract** | **New York Supreme Court**<br>**New York County**<br>**60 Centre Street**<br>**New York, NY  10007** | **Pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Payments to Creditors - Rider 3b

Organic Avenue
Payments to Creditors within
90 Days of Commencement

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| | 07/27/2015 | wire | Hub International | 86,270.45 |
| | 08/11/2015 | wire | Four Seasons Produce | 60,958.15 |
| | 07/28/2015 | wire | Filosa law Firm | 60,000.00 |
| | 09/24/2015 | wire | Four Seasons Produce | 41,219.00 |
| | 10/01/2015 | wire | Four Seasons Produce | 40,240.50 |
| | 08/10/2015 | wire | Ace Natural | 39,073.13 |
| Bill Pmt -Check | 08/01/2015 | 3946 | Trizechahn 1065 Ave. of the Americas LLC | 38,344.84 |
| | 07/30/2015 | wire | TPP Image Packaging | 33,735.79 |
| Bill Pmt -Check | 07/15/2015 | 3854 | Four Seasons Produce | 32,287.35 |
| | 08/28/2015 | wire | Ace Natural | 31,144.92 |
| Bill Pmt -Check | 08/10/2015 | 3974 | Advance Mechanical | 31,029.37 |
| Bill Pmt -Check | 07/15/2015 | 3885 | TPP Image Packaging | 29,340.60 |
| Bill Pmt -Check | 08/01/2015 | 3940 | Empire Management | 28,391.85 |
| Bill Pmt -Check | 08/01/2015 | 3937 | Bar Mar Associates LLC | 25,920.13 |
| Bill Pmt -Check | 08/10/2015 | 4017 | Quality Transportation | 25,200.00 |
| Bill Pmt -Check | 07/15/2015 | 3878 | Quality Transportation | 23,500.00 |
| Bill Pmt -Check | 07/22/2015 | 3897 | Advance Mechanical | 22,524.69 |
| | 09/28/2015 | wire | Blue Lake Citrus | 21,180.96 |
| Bill Pmt -Check | 08/01/2015 | 3935 | 254 PAS Trevi LLC | 21,066.50 |
| | 07/29/2015 | wire | Blue Lake Citrus | 20,939.33 |
| Bill Pmt -Check | 07/15/2015 | 3829 | Ace Natural | 20,846.00 |
| Bill Pmt -Check | 08/01/2015 | 3948 | Winhaven 640 Broadway Owners LLC | 20,833.33 |
| | 07/28/2015 | wire | Blue Lake Citrus | 20,607.36 |
| | 10/13/2015 | wire | Advance Mechanical | 20,000.00 |
| Bill Pmt -Check | 07/22/2015 | 3913 | TPP Image Packaging | 19,714.09 |
| Bill Pmt -Check | 07/22/2015 | 3903 | Four Seasons Produce | 17,411.50 |
| | 09/10/2015 | wire | Ace Natural | 17,270.28 |
| Bill Pmt -Check | 08/01/2015 | 3939 | Double Horse, Inc | 16,974.40 |
| | 08/12/2015 | wire | Blue Lake Citrus | 16,723.76 |
| | 10/05/2015 | wire | Delucchi Plus | 16,000.00 |
| | 09/18/2015 | wire | International Harvest | 15,939.10 |
| Bill Pmt -Check | 07/22/2015 | 3908 | Jack's Stir Brew Coffee | 15,826.00 |
| Bill Pmt -Check | 08/01/2015 | 3943 | Schuman Properties - 454/22/43-43 9ST | 14,801.04 |
| Bill Pmt -Check | 08/01/2015 | 3947 | Urban Associates, LLC | 13,783.33 |
| Bill Pmt -Check | 08/10/2015 | 3983 | Diamond K Trucking Co. | 13,768.00 |
| Bill Pmt -Check | 07/15/2015 | 3843 | Demakes Enterprises, Inc. | 13,562.64 |
| | 08/06/2015 | wire | Demakes Enterprises, Inc. | 13,562.64 |
| | 08/13/2015 | wire | Demakes Enterprises, Inc. | 13,562.64 |

Payments to Creditors - Rider 3b

|  |  |  |  |  |
|---|---|---|---|---|
|  | 08/24/2015 | wire | Demakes Enterprises, Inc. | 13,562.64 |
|  | 08/31/2015 | wire | Demakes Enterprises, Inc. | 13,562.64 |
|  | 09/08/2015 | wire | Demakes Enterprises, Inc. | 13,562.64 |
|  | 09/21/2015 | wire | Demakes Enterprises, Inc. | 13,562.64 |
|  | 10/05/2015 | wire | Demakes Enterprises, Inc. | 13,562.64 |
| Bill Pmt -Check | 07/22/2015 | 3923 | Sheps & Associates PLLC | 13,344.00 |
| Bill Pmt -Check | 08/10/2015 | 4030 | IUG Business Solutions | 12,997.89 |
| Bill Pmt -Check | 08/01/2015 | 3936 | A.R. Walker & Co., Inc. | 12,802.36 |
|  | 09/25/2015 | wire | International Harvest | 12,640.00 |
| Bill Pmt -Check | 08/01/2015 | 3942 | Rudin Management Co., Inc. | 12,576.48 |
|  | 09/11/2015 | wire | International Harvest | 12,510.75 |
|  | 10/13/2015 | wire | Delucchi Plus | 12,000.00 |
| Bill Pmt -Check | 07/22/2015 | 3894 | Ace Natural | 10,875.32 |
| Bill Pmt -Check | 07/15/2015 | 3844 | Diamond K Trucking Co. | 10,870.00 |
| Bill Pmt -Check | 07/15/2015 | 3890 | IUG Business Solutions | 10,560.00 |
|  | 09/14/2015 | wire | Kettle Cuisine | 10,400.40 |
| Bill Pmt -Check | 07/15/2015 | 3872 | Mulberry LLC | 10,000.00 |
|  | 10/08/2015 | wire | Lowenstein Sandler LLP | 10,000.00 |
| Bill Pmt -Check | 07/15/2015 | 3830 | Active Temporaries Ltd | 9,749.28 |
| Bill Pmt -Check | 08/01/2015 | 3944 | Schuman Properties - 454/25/43-37 9 ST | 9,720.50 |
|  | 10/06/2015 | wire | IUG Business Solutions | 9,602.86 |
| Bill Pmt -Check | 08/01/2015 | 3941 | Knickerbocker Realty Company | 9,578.81 |
| Bill Pmt -Check | 07/15/2015 | 3831 | Advance Mechanical | 9,155.00 |
|  | 07/30/2015 | wire | Demakes Enterprises, Inc. | 9,041.76 |
|  | 09/14/2015 | wire | Demakes Enterprises, Inc. | 9,041.76 |
| Bill Pmt -Check | 09/01/2015 | 4038 | Knickerbocker Realty Company | 8,928.81 |
|  | 08/28/2015 | ACH | MR. T's Carting | 8,749.22 |
| Bill Pmt -Check | 07/15/2015 | 3862 | International Harvest | 8,602.15 |
| Bill Pmt -Check | 07/22/2015 | 3907 | IUG Business Solutions | 8,498.00 |
| Bill Pmt -Check | 07/22/2015 | 3909 | Mr. T Carting Corp. | 7,948.56 |
|  | 09/10/2015 | wire | IUG Business Solutions | 7,947.16 |
|  | 10/06/2015 | wire | Alliance Glass | 7,800.00 |
|  | 09/18/2015 | wire | IUG Business Solutions | 7,665.72 |
| Bill Pmt -Check | 07/15/2015 | 3853 | Fine And Raw Chocolates | 7,574.75 |
| Bill Pmt -Check | 07/22/2015 | 3906 | International Harvest | 7,338.70 |
|  | 09/10/2015 | wire | Ecolab | 7,174.79 |
| Bill Pmt -Check | 07/15/2015 | 3887 | Uline Shipping Supplies | 6,803.51 |
|  | 09/10/2015 | wire | Varidirect | 6,744.81 |
| Bill Pmt -Check | 07/15/2015 | 3871 | Mr. T Carting Corp. | 6,638.39 |
|  | 10/05/2015 | wire | International Harvest | 6,591.30 |
| Bill Pmt -Check | 07/15/2015 | 3876 | Polar Tech Industries | 6,455.60 |
| Bill Pmt -Check | 07/22/2015 | 3919 | Polar Tech Industries | 6,455.60 |
| ACH | 7/20/2015 |  | New York State Sales Tax | 19,382.00 |
| ACH | 7/23/2015 |  | Con Edison 21-1579-1325-8006-7 | 8,397.74 |
| ACH | 8/20/2015 |  | New York State Sales Tax | 18,442.82 |
| ACH | 8/21/2015 |  | Con Edison 21-1579-1325-8006-7 | 8,348.60 |
| ACH | 9/9/2015 |  | Chase Credit Card | 8,273.19 |

B7 (Official Form 7) (04/13)

---

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

---

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Heros in Transition Gala** | | **May 15, 2015** | **Cash - $1,000.00** |

---

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

---

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Lowenstein Sander LLP**<br>**65 Livingston Avenue**<br>**Roseland, NJ 07068** | | **$20,350.00** |

---

B7 (Official Form 7) (04/13)

---

**10. Other transfers**

None ■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None ☐
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Citibank** | **Operating Account** Account No. xxxxxxxx8106 | |
| **Citibank** | **Payroll Account** Account No. xxxxxxxx4494 | |
| **Citibank** | **HRA Acount** Account No. xxxxxxxx8867 | |

---

**12. Safe deposit boxes**

None ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None ☐
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

Best Case Bankruptcy

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **115 East 9th Street Retail LP**<br>**400 West 59th Street, 3rd Fl.**<br>**New York, NY 10019** | **Non-Residential real property lease**<br>**Lessor: 115 East 9th Street Retail, L.P.**<br>**Lessee: Organic Avenue LLC** | **Property: 115 East Ninth Street, New**<br>**York, NY** |
| **254 Pas Trevi LLC**<br>**c/o Trevi Retail LLC**<br>**130 East 59th Street, Suite 14A**<br>**New York, NY 10022** | **Non-Residential real property lease**<br>**Lessor: 254 Pas Trevi LLC**<br>**Lessee: OA 254 Park Avenue South LLC** | **Property: 254 Park Avenue, South, New**<br>**York, NY** |
| **640 Broadway Owners LLC** | **Non-Residential real property lease**<br>**Lessor: 640 Broadway Owners LLC**<br>**Lessee: Organic Avenue 640 LLC** | **Property: 640 Broadway, New York, NY** |
| **Bar-Mar Associates LLC**<br>**c/o Perlbinder Realty**<br>**429 East 52nd Street**<br>**New York, NY 10022** | **Non-Residential real property lease**<br>**Lessor: Bar-Mar Associates**<br>**Lessee: Organic Avenue LLC** | **Property: 205 East 85th Street, New**<br>**York, NY** |
| **Chelsea 8th Avenue LLC** | **Non-Residential real property lease**<br>**Lessor: Chelsea 8th Avenue, LLC**<br>**Lessee: Organic Chelsea, LLC** | **Property: 261 West 21st Street, New**<br>**York, NY** |
| **DH Vernon LLC**<br>**c/o Hans Bolterbosch, Inc.**<br>**375 Park Avenue, Suite 2503**<br>**New York, NY 10152** | **Non-Residential real property lease**<br>**Lessor: DH Vernon LLC**<br>**Lessee: Organic Avenue LLC** | **Property: 10-01 45th Road, Long Island,**<br>**NY** |
| **Double Horse, Inc.**<br>**6725 Dartmouth Street, Suite 7J**<br>**Forest Hills, NY 11375** | **Non-Residential real property lease**<br>**Lessor: Double Horse, Inc.**<br>**Lessee: Organic Avenue WV LLC** | **Property: 515 Hudson Street, New York,**<br>**NY** |
| **John A. Werwaiss**<br>**d/b/a Knickerbocker Realty Co.**<br>**708 Third Avenue, Suite 1630**<br>**New York, NY 10017** | **Non-Residential real property lease**<br>**Lessor: John A. Werwaiss d/b/a**<br>**Knickerbocker Realty Company**<br>**Lessee: Organic Avenue Lexington LLC** | **Property: 1021 Lexington Avenue, New**<br>**York, NY 10021** |
| **Schuman 43-46 10th Street LLC**<br>**36-04 Skillman Avenue**<br>**Long Island City, NY 11101** | **Non-Residential real property lease**<br>**Lessor: Schuman 43-46 10th Street LLC**<br>**Lessee: Organic Avenue LLC** | **Property: 43-46 10th Street, Long Island**<br>**City, NY** |
| **Trizechahis 1065 Avenue of the**<br>**Americas Property Owner LLC**<br>**5 Bryant Park, Bldg. ID 38260**<br>**P.O. Box 209259**<br>**Austin, TX 78720-9259** | **Non-Residential real property lease**<br>**Lessor: Trizechahis 1065 Avenue of the**<br>**Americas Property Owner LLC**<br>**Lessee: OA 1065 Avenue of the Americas**<br>**LLC** | **Property: 5 Bryant Park a/k/a 1065**<br>**Avenue of the Americas, New York, NY** |

---

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **149 Fifth Avenue, 5th Floor**<br>**New York, NY  10010** | | **09/2013 - 02/2015** |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

**None** ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None** ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None** ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

**None** ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

**None** ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None □   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Peter Patrikios** | **Unknown** |
| **Jenna Preuss** | **Unknown** |
| **Jennifer Chen** | **Unknown** |
| **Asaf Weitzman** | **06/2014** |
| **Tony Tomaro** | **07/2013-07/2015** |
| **Marc Leahy** | **11/2013-present** |
| **Elwira Ibizugbe** | **03/2013-Present** |

None □   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **UHY LLP** | **555 Long Wharf Drive**<br>**New Haven, CT 06511** | **08/2012**<br>**08/2013** |

None □   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Elwira Ibizugbe** | **Organic Avenue LLC**<br>**43-46 10th Street**<br>**Long Island City, NY 11101** |
| **Marc Leahy** | **Organic Avenue LLC**<br>**43-46 10th Street**<br>**Long Island City, NY 11101** |
| **E. Cohen CPA** | **Organic Avenue LLC**<br>**43-46 10th Street**<br>**Long Island City, NY 11101** |
| **David Schwinger** | **Organic Avenue LLC**<br>**43-46 10th Street**<br>**Long Island City, NY 11101** |
| **Bill Tkacs** | **Organic Avenue LLC**<br>**43-46 10th Street**<br>**Long Island City, NY 11101** |

B7 (Official Form 7) (04/13)

| None ☐ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |
| --- | --- |

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |
| **UHY LLP**<br>**555 Long Wharf Drive**<br>**New Haven, CT 06511** | **Unknown** |
| **Weld North LLC** | **Unknown** |

---

**20. Inventories**

| None ■ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |
| --- | --- |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
| --- | --- | --- |

| None ■ | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. |
| --- | --- |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

---

**21 . Current Partners, Officers, Directors and Shareholders**

| None ☐ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |
| --- | --- |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |
| **OA Holdings LLC** | | |

| None ☐ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |
| --- | --- |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **OAM Manager Inc.** | **Manager of Organic Avenue** | **Sole Member**<br>**100%** |
| **David Schwinger**<br>**OAM Manager Inc.** | **Manager** | |
| **William Tkacs**<br>**OAM Manager Inc.** | **Manager** | |

---

**22 . Former partners, officers, directors and shareholders**

| None ■ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |
| --- | --- |

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

| None ☐ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |
| --- | --- |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |
| **Steven J. Berger** | **Member of the Board of Managers** | **June 25, 2015** |
| **Jonathan Grayer** | **Member of the Board of Managers** | **June 25, 2015** |

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Justin Kulla** | **Member of the Board of Managers** | **June 25, 2015** |
| **Anthony Tomaro** | **CFO** | **June 25, 2015** |
| **Martin Bates** | **CEO** | |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

B7 (Official Form 7) (04/13)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **October 15, 2015**          Signature

**David Schwinger**
**Vice President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of New York

In re    **Organic Avenue LLC**

Debtor(s)

Case No.

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **20,000.00 plus filing fee** |
| Prior to the filing of this statement I have received | $ | **20,000.00 plus filing fee** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.    [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    October 15, 2015

/s/ S. Jason Teele
**S. Jason Teele (SJT7390)**
**Lowenstein Sandler LLP**
**65 Livingstone Avenue**
**Roseland, NJ 07068**
**973-597-2500  Fax: 973-597-2400**

**United States Bankruptcy Court**
**Southern District of New York**

In re   Organic Avenue LLC

Debtor(s)

Case No.
Chapter   7

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   October 15, 2015

David Schwinger/Vice President
Signer/Title

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

OFFICE OF THE US ATTORNEY
CLAIM UNIT, ROOM 417
1 SAINT ANDREW PLAZA
NEW YORK, NY 10007

INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAIL STOP 5-Q30.133
PHILADELPHIA, PA 19104-5016

NEW YORK CITY DEPT OF FINANCE
ATTN: BANKRUPTCY UNIT
66 JOHN STREET
NEW YORK, NY 10038-3772

U.S. TRUSTEE
33 WHITEHALL STREET, 21ST FL.
NEW YORK, NY 10004

115 EAST 9TH STREET RETAIL LP
400 WEST 59TH STREET, 3RD FL.
NEW YORK, NY 10019

254 PAS TREVI LLC
C/O TREVI RETAIL LLC
130 EAST 59TH STREET, STE. 14A
NEW YORK, NY 10022

640 BROADWAY OWNERS LLC
C/O ARCADIA REALTY TRUST
1311 MAMARONECK AVENUE
SUITE 260
WHITE PLAINS, NY 10605

A.R. WALKER & CO., INC.
225 WEST 80TH STREET
NEW YORK, NY 10024

ABC STONE INC.
2306 OCEAN AVENUE #C7
BROOKLYN, NY 11229

ACE NATURAL
41-38 37TH STREET
LONG ISLAND CITY, NY 11101

ACTIVE TEMPORARIES LTD.
41 WEST 33RD STREET
NEW YORK, NY 10001


ADT SECURITY SERVICES
P.O. BOX 371956
PITTSBURGH, PA 15250-7956


ADVANCE MECHANICAL
960 UTICA AVENUE
BROOKLYN, NY 11203


ALBERT'S ORGANICS
ATTN: BILL TOSTO
P.O. BOX 877
SWEDESBORO, NJ 08085


AMERICAN PACKAGING SOLUTION
116 NOSTRAND A
BROOKLYN, NY 11205


AT&T MOBILITY
P.O. BOX 6463
CAROL STREAM, IL 60197-6463


AT&T WI-FI SERVICES
P.O. BOX 5005
CAROL STREAM, IL 60197-5005


ATLANTIC SCALE CO. INC.
136 WASHINGTON AVENUE
NUTLEY, NJ 07110-3502


AVIVE TRI-STATE SALES &
LOGISTICS, LLC
P.O. BOX 146
OLD WESTBURY, NY 11568-0146


BAR MAR ASSOCIATES LLC
C/O PERLBINDER REALTY
429 EAST 52ND STREET
NEW YORK, NY 10022

BAR-MAR ASSOCIATES LLC
C/O PERLBINDER REALTY
429 EAST 52ND STREET
NEW YORK, NY 10022


BLUE LAKE CITRUS PRODUCTS
GENERAL POST OFFICE
P.O. BOX 27712
NEW YORK, NY 10087-7712


BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
P.O. BOX 27712
NEW YORK, NY 10087-7712


BREAD ALONE
P.O. BOX 719
LAKE KATRINE, NY 12449


BREW LAB TEA
135 W. 29TH STREET
SUITE 602
NEW YORK, NY 10001


C&C LIFT TRUCK INC.
30 PARKWAY PLACE
EDISON, NJ 08837


CASTELLON & ASSOCIATES LLC
2986 VETERANS MEMORIAL HIGHWAY
BOHEMIA, NY 11716


CHEETAH INTERSTATE DELIVERY
P.O. BOX 1534
LONG ISLAND CITY, NY 11101


CHELSEA 8TH AVENUE LLC
C/O EMPIRE
347 FIFTH AVENUE, 16TH FLOOR
NEW YORK, NY 10016-5010


CHLIC
P.O. BOX 644546
PITTSBURGH, PA 15264-4546

CIGNA HEALTHCARE
499 WASHINGTON BLVD.
2ND FLOOR
JERSEY CITY, NJ 07310


CIGNA LIFE INSURANCE CO. OF NY
LOCKBOX #7941
P.O. BOX 8500
PHILADELPHIA, PA 19178-7941


CINTAS
FAS LOCKBOX 636525
P.O. BOX 636525
CINCINNATI, OH 45263


CITY STORE GATES MFG. CORP.
15-20 129TH STREET
COLLEGE POINT, NY 11356


CLASSIC SYSTEMS, INC.
86 GARDEN STREET
WESTBURY, NY 11590


CLEAN AIR GROUP DRAIN SERVICES
154-05 12TH AVENUE, 2ND FLOOR
WHITESTONE, NY 11357


CORCORAN FITNESS
C/O ANGELA CORCORAN
1E. CHASE STREET
UNIT 810
BALTIMORE, MD 21202


DELUCCHI PLUS, LLC
2101 L STREET, NW, SUITE 650
WASHINGTON, DC 20037


DEMAKES ENTERPRISES, INC.
37 WATERHILL STREET
LYNN, MA 01905


DESOUZA INTERNATIONAL INC.
P.O. BOX 395
BEAUMONT, CA 92223

DH VERNON LLC
C/O HANS HOLTERBOSCH INC.
375 PARK AVENUE, SUITE 2503
NEW YORK, NY 10152


DH VERONON
C/O HANS HOLTERBOSCH INC.
375 PARK AVENUE, STE. 2503
NEW YORK, NY 10152


DIAMOND K TRUCKING CO.
23 TERMINAL ROAD
LYNDHURST, NJ 07071


DMX, LLC
P.O. BOX 602777
CHARLOTTE, NC 28260-2777


DOCC INC.
B BORINSKI ROAD
LINCOLN PARK, NJ 07035


DOMINO AMJET INC.
3809 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


DOUBLE HORSE, INC.
6725 DARTMOUTH STREET, STE. 7J
FOREST HILLS, NY 11375


E-Z EDGE INCORPORATED
6119 ADAMS STREET
WEST NEW YORK, NJ 07093


E3 LIVE
610 BROAD STREET
KLAMATH FALLS, OR 97601


ECOLAB
P.O. BOX 32027
NEW YORK, NY 10087-2027


ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO, IL 60673-1241

ECOLAB PEST ELIMINATION
26252 NETWORK PLACE
CHICAGO, IL 60673-1262


EMMA, INC.
75 REMITTANCE DRIVE, STE 6222
CHICAGO, IL 60675-6222


EMMY'S ORGANICS, INC.
202 TAUGHANNOCK BLVD.
ITHACA, NY 14850


EMPIRE MANAGEMENT
347 FIFTH AVENUE, 16TH FLOOR
NEW YORK, NY 10016-5010


ENVIORNMENTAL CONTROL BOARD
P.O. BOX 2307
NEW YORK, NY 10038


EXTECH BUILDING MATE
4387 VERNON BLVD.
LONG ISLAND CITY, NY 11101


FIDELITY SECURITY LIFE
INSURANCE CO OF NY
P.O. BOX 417772
BOSTON, MA 02241-7772


FINE AND RAW CHOCOLATES
288 SEIGEL STREET
BROOKLYN, NY 11206


FOUR SEASONS PRODUCE
P.O. BOX 62212
BALTIMORE, MD 21264-2212


GOODNATURE PRODUCTS, INC.
149 BUD-MIL DRIVE
BUFFALO, NY 14206


GRAINGER
DEPT. 876983420
PALATINE, IL 60038-0001

GREEK FARMS INTERNATIONAL
2612 BOROUGH PL, WHS #4
WOODSIDE, NY 11377


GREENLION CLEANING &
MAINTENANCE, INC.
P.O. BOX 6077
FREEPORT, NY 11520


HUB INTERNATIONAL NORTHEAST
P.O. BOX 414972
BOSTON, MA 02241-4972


HYGIENA
941 AVENIDA ACASO
CAMARILLO, CA 93012


IBI ARMORED SERVICES, INC.
37-06 61ST STREET
WOODSIDE, NY 11377


IEH NE SANIPURE FOOD LABS
178 SADDLE RIVER ROAD
ROCHELLE PARK, NJ 07662-4619


IFUEL INTERACTIVE, LLC
P.O. BOX 3268
NEW YORK, NY 10163-3268


IMPROVE USA
2929 E. WHITE STAR AVENUE
ANAHEIM, CA 92806


INTERNATIONAL HARVEST
606 FRANKLIN AVENUE
MOUNT VERNON, NY 10550


ITSKALE LLC
244 W 10TH STREET, UNIT 2
NEW YORK, NY 10014


IUG BUSINESS SOLUTIONS
ATTN: ACCOUNTING DEPT.
P.O. BOX 5092
NEW YORK, NY 10185

JACK'S STIR BREW COFFEE
175 VARICK STREET, SUITE 819
NEW YORK, NY 10014


JANITORIAL CLEANING SERVICE
P.O. BOX 293
NEW YORK, NY 10113


JOHN A. WERWAISS
D/B/A KNICKERBOCKER REALTY CO.
708 THIRD AVENUE, SUITE 1630
NEW YORK, NY 10017


JONES DAY
77 WEST WACKER
CHICAGO, IL 60601-1692


JP MORGAN CHASE BANK
4 METRO TECH CENTER, 14TH FL
BROOKLYN, NY 11245


KAUFF MCGUIRE & MARGOLIS LLP
950 THIRD AVENUE, 14TH FLOOR
NEW YORK, NY 10022


KENCO
6543 N. SIDNEY PLACE
MILWAUKEE, WI 53209


KETTLE CUISINE
330 LYNNWAY
LYNN, MA 01901


KITCHEN WORKS
P.O. BOX 771
FREEPORT, NY 11520


KONICA MINOLTA BUSINESS
21146 NETWORK PLACE
CHICAGO, IL 60673


KONICA MINOLTA PREMIER
P.O. BOX 41602
PHILADELPHIA, PA 19101-1602

LENOX HILL WINDOW CLEANING CO.
P.O. BOX 1526
FDR STATION
NEW YORK, NY 10150


LESSEREVIL, LLC
83 NEWTOWN ROAD, 2 FL.
DANBURY, CT 06810


LONG ISLAND FROZEN
25 CHARLOTTE AVENUE
HICKSVILLE, NY 11801


MARC LEAHY
116 SANDY HOLLOW ROAD
NORTHPORT, NY 11768


MARTIN, DECRUZE & COMPANY LLP
2777 SUMMER STREET, 4TH FLOOR
STAMFORD, CT 06905


MEGAPATH
DEPT #111023
P.O. BOX 150421
HARTFORD, CT 06115-0421


MOBILE LOCK & SAFE, INC.
P.O. BOX 803707
CHICAGO, IL 60680-3707


MOUNTAIN ROSE HERBS
P.O. BOX 50220
EUGENE, OR 97405


MR. T CARTING CORP.
73-10 EDSALL AVENUE
RIDGEWOOD, NY 11385-8220


MULBERRY LLC
285 TANGLEWOOD CROSSING
LAWRENCE, NY 11559

NEW YORK CITY DEPARTMENT
OF FINANCE
P.O. BOX 3644
NEW YORK, NY 10008-3644


NEW YORK STATE INS. FUND
DISABILITY BENEFITS
P.O. BOX 5239
NEW YORK, NY 10008-5239


NEXCESS
21700 MELROSE AVENUE
SOUTHFIELD, MI 48075


NUTRIFRESH
25 CHARLOTTE AVENUE
HICKSVILLE, NY 11801


ORTHODOX UNION
ELEVEN BROADWAY
NEW YORK, NY 10004


PAPER ENTERPRISES
770 EAST 132ND STREET
BRONX, NY 10454


PARKER INTERIOR LANDSCAPE
1325 TERRILL ROAD
SCOTCH PLAINS, NJ 07076


POLAND SPRING DIRECT
P.O. BOX 856192
LOUISVILLE, KY 40285-6192


POLAR TECH INDUSTRIES
P.O. BOX 5930
BLOOMINGTON, IL 61702-5930


POMEROY EQUIPMENT CO.
ATTN: KERRIE
7200 MONTESSOURI ST #140
LAS VEGAS, NV 89113

POPNYC
75 ST. NICHOLAS PLACE, STE. 2E
NEW YORK, NY 10032


PRESTON PRESS, LLC
4750 30TH STREET
LONG ISLAND CITY, NY 11101


PURCHASE POWER
P.O. BOX 371874
PITTSBURGH, PA 15250-7874


QUALITY TRANSPORTATION
36-40 37TH STREET
LONG ISLAND CITY, NY 11101


RED BARN BAKERY
4 SOUTH ASTOR STREET
IRVINGTON, NY 10533


RED BOOK SOLUTIONS
4550 S. WINDERMERE STREET
ENGLEWOOD, CO 80110-5541


REJUVENATE FOREVER LLC
1829 BELL BLVD.
BAYSIDE, NY 11360


ROCKIN RAW
57 MERCER STREET GARDEN APTS
JERSEY CITY, NJ 07302


RUDIN MANAGEMENT CO., INC.
RUDIN EAST 55TH STREET KKC
C/O RUDIN MANAGEMENT
345 PARK AVENUE
NEW YORK, NY 10154


SANDY HILLMAN COMMUNICATIONS
THE EXCHANGE
1122 KENILWORTH DRIVE, ST. 303
TOWSON, MD 21204

SCHUMAN 43-46 10TH STREET LLC
454/39/43-46 10ST
36-04 SKILLMAN AVENUE
LONG ISLAND CITY, NY 11101


SCHUMAN 43-46 10TH STREET LLC
36-04 SKILLMAN AVENUE
LONG ISLAND CITY, NY 11101


SCHUMAN 43-50 10TH STREET LLC
454/22/43-43 9ST
36-04 SKILLMAN AVENUE
LONG ISLAND CITY, NY 11101


SCHUMAN 43-50 10TH STREET LLC
454/25/43-37 9ST
36-04 SKILLMAN AVENUE
LONG ISLAND CITY, NY 11101


SERVICECHANNEL.COM INC.
9 ALBERTSON AVENUE
ALBERTSON, NY 11507


SHEBANG INC.
C/O KRISTEN CAHILL
444 E 86TH STREET #29C
NEW YORK, NY 10028


SHOES FOR CREWS, LLC
250 SOUTH AUSTRALIAN AVENUE
WEST PALM BEACH, FL 33401


SMJ CONSTRUCTION, INC.
254-B 13TH STREET
PALISADES PARK, NJ 07650


STAPLES ADVANTAGE
DEPT NY
P.O. BOX 415256
BOSTON, MA 02241-5256


STERLING INFOSYSTEMS COMPANY
NEWARK POST OFFICE
P.O. BOX 36482
NEWARK, NJ 07193-6482

SUPREME SECURITY &
MEDIA AUTOMATION
1408 CONEY ISLAND AVENUE
BROOKLYN, NY 11230


TADDSCO "IMAGES", INC.
1032 BROADWAY
SANTA MONICA, CA 90404


THE PAUL REVERE LIFE INS. CO.
P.O. BOX 1365
COLUMBIA, SC 29202-1365


THE PRINT HOUSE
538 JOHNSON AVENUE
BROOKLYN, NY 11237


THE WASSERSTROM COMPANY
477 SOUTH FRONT STREET
COLUMBUS, OH 43215


TIME WARNER CABLE
P.O. BOX 9227
UNIONDALE, NY 11555-9227


TOWERSTREAM CORPORATION
P.O. BOX 414061
BOSTON, MA 02241-4061


TPP IMAGE PACKAGING
7930 STATE LINE ROAD, STE. 211
PRAIRIE VILLAGE, KS 66208


TRANSITION NUTRITION
16 A PAMAON WAY
NOVATO, CA 94949


TRIZECHAHIS 1065 AVENUE OF THE
AMERICAS PROPERTY OWNER LLC
5 BRYANT PARK, BLDG. ID 38260
P.O. BOX 209259
AUSTIN, TX 78720-9259

TRIZECHAHN 1065 AVENUE OF
THE AMERICAS
5 BRYANT PARK BLDG ID: 38260
P.O. BOX 209259
AUSTIN, TX 78720-9259


ULINE SHIPPING SUPPLIES
P.O. BOX 88741
CHICAGO, IL 60680-1741


ULTIMATE SUPER FOODS, INC.
ACCOUNTING
5449 ENDEAVOR COURT
MOORPARK, CA 93021


UNITED NATURAL FOODS
P.O. BOX 706
KEENE, NH 03431


UNIVERSAL ENTERPRISES
MANAGEMENT CORP.
375 STOBE AVENUE
STATEN ISLAND, NY 10306


URBAN ASSOCIATES, LLC
400 W 59TH STREET
NEW YORK, NY 10019-8012


VARIDIRECT
5-25 46TH AVENUE
LONG ISLAND CITY, NY 11101


VERIZON-3719008528
P.O. BOX 15124
ALBANY, NY 12212-5124


WHITE COFFEE CORP.
18-35 38 STEINWAY PLACE
ASTORIA, NY 11105


WINHAVEN 640 BROADWAY OWNERS
C/O ARCADIA REALTY TRUST
1311 MAMARONECK AVE., STE 260
WHITE PLAINS, NY 10605

# United States Bankruptcy Court
## Southern District of New York

In re   **Organic Avenue LLC**

Debtor(s)

Case No. _____

Chapter   **7**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Organic Avenue LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 15, 2015**

Date

**/s/ S. Jason Teele**

**S. Jason Teele (SJT7390)**
Signature of Attorney or Litigant
Counsel for   **Organic Avenue LLC**
**Lowenstein Sandler LLP**
**1251 Avenue of the Americas, 17th Floor**
**New York, NY 10020**
**212-262-6700 Fax:212-262-7402**