**Jil Mazer-Marino, Esq.**
**Edward J. LoBello, Esq.**
**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**
**990 Stewart Avenue, Suite 300**
**P.O. Box 9194**
**Garden City, New York 11530-9194**
**Telephone:  (516) 741-6565**
**Facsimile:   (516) 741-6706**

*Attorneys for Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

In re:

**ORGANIC AVENUE LLC,**

                                                                            **Chapter 7**

                                                                            **15-12787 (REG)**

                                                    **Debtor.**
----------------------------------------------------------------X

## NOTICE OF AUCTION RESULTS

      **PLEASE TAKE NOTICE THAT** pursuant to the *Order, Pursuant To 11 U.S.C. §§ 105, 363 And 365 And Rules 2002, 4001, 6004, 6006, 9008 And 9014 Of The Federal Rules Of Bankruptcy Procedure Seeking Entry Of Orders: (I) Approving (A) Bid Procedures, (B) Notice Of Sale, Auctions And Sale Hearing, (C) Scheduling Auctions And Sale Hearing, And (D) Assumption Procedures And Related Notices; And (II) Approving The Sale Of The Estate's Assets Free And Clear Of All Liens, Claims And Encumbrances And Granting Related Relief* [Docket No. 40] (the "**Bid Procedures Order**"), on November 20, 2015, Jil Mazer-Marino, the chapter 7 trustee (the "**Trustee**") for the above referenced debtor (the "**Debtor**") conducted an auction (the "**Auction**") of the estate's right, title and interest in and to substantially all of the Debtor's assets.

      **PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, the Trustee determined that the offer submitted by Arrow Equity Fund, LLC ("**Buyer**") was the highest or otherwise best offer for the estate's right, title, and interest in and to substantially all of the Debtor's assets.

      **PLEASE TAKE FURTHER NOTICE** that, the purchase price is $1,705,000.00 and is subject to the terms and conditions of a certain asset purchase agreement.

**PLEASE TAKE FURTHER NOTICE** that the Back-Up Bidders (as defined in the Bid Procedures approved by the Bid Procedures Order) are as follows:

| <u>Back Up Bidder</u> | <u>Asset</u> | <u>Amount of Back Up Bid</u> |
|---|---|---|
| Miras Capital LLC | All of the Debtor's intellectual property and brand, including, name, telephone numbers, good will, customer lists and emails, all domain names, all registered trademarks and names, service marks, recipes, formulas and logos. | $621,500.00 |
| Emil Capital Partners LLC | Non-Residential Real Property Leases for: 254 Park Avenue South, New York, New York; 1065 Avenue of the Americas, New York, New York; and 461 Amsterdam Avenue, New York, New York plus furniture, fixtures, machinery and equipment located at such premises | $374,498.00 |
| Angelic Foods, Inc. | 649 Lexington Avenue, New York, New York plus furniture, fixtures, machinery and located at such premises | $97,030.33 |
| The JuicePress, Inc. | 640 Broadway, New York, New York | $168,874.43 |
| Individual Bidders at On-Line Auction of Machinery and Equipment Conducted by Yellen Partners, Inc. | Substantially all of the Debtor's machinery and equipment, except for fixtures, machinery and equipment purchased by Emil Capital Partners LLC and Angelic Foods, Inc. | $220,000.00 (approximate) |
| | TOTAL: | $1,481,902.76 |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures Order, a hearing will be held before the Honorable Robert E. Gerber on **November 24, 2015 at 9:45 a.m.**, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408, Courtroom 523, at which time the Court will consider the approval of the sale of the Debtor's assets to Buyer.

Dated:     Garden City, New York     **MEYER, SUOZZI, ENGLISH & KLEIN P.C.**
            November 20, 2015          ***Attorneys for Chapter 7 Trustee***

                                     **By:**    ***/s/ Jil Mazer-Marino***
                                            **Jil Mazer-Marino, Esq.**
                                    **990 Stewart Avenue, Suite 300**
                                    **P.O. Box 9194**
                                    **Garden City, New York 11530-9194**
                                    **Phone: (516) 741-6565**
                                    **jmazermarino@msek.com**