Exhibit A



**BORAX**

**PAPER PRODUCTS INC.**

"The Right Solution For Every Packaging Need"

1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page ___ of ___

** INVOICE **

| | |
|---|---|
| INVOICE NUMBER | |
| INVOICE DATE | B9B595 |
| | 09/25/15 |

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

| SOLD TO | SHIP TO |
|---|---|
| ORGANIC AVENUE<br>ORGANIC AVENUE LLC.<br>43-46 10TH STREET<br>LIC, NY        11101 | ORGANIC AVENUE<br>ORGANIC AVENUE LLC.<br>43-46 10TH STREET<br>LIC, NY        11101 |

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| SK | ORGAVE | 212 358-0500 | NET 30 DAYS | | BORAX TRUCK | 13-4343234 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS | | RS-700 | FACE MASK BLUE | 500 | T | 29.61 | CS | 29.61 |
| 4 | CS | | RK350A | ROLL TOWEL KRAFT 350' | 12 | T | 18.53 | CS | 74.12 |
| 10 | CS | | SR-404B2C | LINER 40X48 CLEAR (22) | 150 | T | 23.54 | CS | 235.40 |
| 5 | CS | | 52800 | DOME LID FOR 18032,18024,1804 | 300 | | 40.61 | CS | 203.05 |
| 5 | CS | | 18024B | PET BOWL 24oz SQUARE CLEAR | 300 | | 49.00 | CS | 245.00 |
| 2 | CS | | BLEG | BLEACH GALLONS | 6 | T | 8.56 | CS | 17.12 |
| 7 | CS | | TS24 | TAMPER RESIST. CONTAINER 24oz | 200 | | 33.98 | CS | 237.86 |
| | | | | | | | | | |

| UNITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 34 | 684.79 | 356.25 | 8.875 | 31.71 | 3.00 | 1075.75 |

REC'D BY _____ TIME _____

NAME (PRINT) _____ PCS. _____

CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

# BORAX

"The Right Solution For Every Packaging Need"

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

STOP: 7
DELIVERY TKT

Page 1 of 1
INVOICE NUMBER
B98595

INVOICE DATE
09/25/15

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY        11101

**SHIP TO**
ORGANIC AVENUE                    SAME
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY        11101

| DRV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| AJ | SK | ORGAVE | (212)358-0500 | NET 30 DAYS | | BORAX TRUCK | 13-4343234 |

| LINE NO. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | CS | | SR-40462A | LINER 40X48 CLEAR (22) | 150 | | | | |
| 02 | 5 | CS | | 18024B | PET BOWL 24oz SQUARE CLEAR | 300 | | | | |
| 03 | 5 | CS | | 52800 | DOME LID FOR 18032,18024,18048 | 300 | | | | |
| 04 | 2 | CS | | BLEG | BLEACH GALLONS | 6 | | | | |
| 06 | 1 | CS | | RS-700 | FACE MASK BLUE | 500 | | | | |
| 07 | short 4 | CS | | RK350A | ROLL TOWEL KRAFT 350' | 12 | | | | |
| 08 | 7 | CS | | TS24 | TAMPER RESIST CONTAINER 24oz | 200 | | | | |

| NITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |

EC'D BY _Bruno Rolando_   TIME _4:30 PM_

AME (PRINT) _____   PCS. _____

USTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: **BORAX PAPER PRODUCTS, INC.**
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



# BORAX

**PAPER PRODUCTS, INC.**

1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*"The Right Solution For Every Packaging Need"*

STOP:
** INVOICE **
Page ___ of ___

**INVOICE NUMBER**

**INVOICE DATE**

*Providing quality products and reliable services,*
*enabling **our** customers to focus on **their** customers.*

B99558

09/30/15

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY          11101

**SHIP TO**
ORGANIC AVENUE
254 PARK AVENUE, SOUTH
NEW YORK, NY          10010

| DRV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| AC | SK | ORGAVE | 212 358-0500 | NET 30 DAYS | BAKER9/29/2015 | BORAX TRUCK | 13-4343234 |

| LINE NO. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 3 | CS | | TP16D | PLASTIC CUP 16oz | 1000 | | 61.39 | CS | 184.1 |
| 02 | 1 | CS | | 116WH | HOT CUP 16oz WHITE | 1000 | | 49.88 | CS | 49.8 |
| 03 | 1 | CS | | 71870 | LID PAPER FOR 71087,71826,718 | 1000 | | 100.00 | CS | 100. |
| 04 | 1 | CS | | 112WH | HOT CUP 12oz WHITE | 1000 | | 38.52 | CS | 38.5 |

| ITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 6 | 372.97 | .00 | 8.875 | .00 | 3.00 | 375.97 |

REC'D BY _____ TIME _____

NAME (PRINT) _____ PCS. _____

CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**BORAX**

*"The Right Solution For Every Packaging Need"*

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services,
enabling our customers to focus on their customers.*

| | |
|---|---|
| Page 1 of 1 | STOP: 11 |
| INVOICE NUMBER | DELIVERY TKT |
| | B99558 |
| INVOICE DATE | |
| | 09/30/15 |

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY        11101

**SHIP TO**        254
ORGANIC AVENUE

254 PARK AVENUE, SOUTH
NEW YORK, NY        10010

| DRV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| AC | SK | ORGAVE | (212)358-0500 | NET 30 DAYS | BAKER 9/29/2015 | BORAX TRUCK | 13-4343234 |

| LINE NO. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1 | CS | | 112WH | HOT CUP 12oz WHITE | 1000 | | | | |
| 02 | 1 | CS | | 116WH | HOT CUP 16oz WHITE | 1000 | | | | |
| 03 | 1 | CS | | 71870 | LID PAPER FOR 71037,71226,7184 | 1000 | | | | |
| 04 | 3 | CS | | TP16D | PLASTIC CUP 16oz | 1000 | | | | |

| UNITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 6 | | | | | | |

REC'D BY _____    TIME _____

NAME (PRINT) _____    PCS. _____

*CUSTOMER! PLEASE FILL IN ALL INFORMATION*

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, IN
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**BORAX**

*"The Right Solution For Every Packaging Need"*

**PAPER PRODUCTS INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

** INVOICE **

| | |
|---|---|
| INVOICE NUMBER | B99926 |
| INVOICE DATE | 10/01/15 |

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

**SOLD TO:**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY          11101

**SHIP TO:**
ORGANIC AVENUE
62 BLEECKER STREET
NEW YORK, NY          10013

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| SK | ORGAVE | 212 358-0500 | NET 30 DAYS | JOHAN 9/30/15 | BORAX TRUCK | 13-4343234 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS | | 27-1216 | SOUP SPOON BIODEGRADABLE HEAV | 1000 | T | 29.87 | CS | 29.87 |
| 1 | CS | | RK350A | ROLL TOWEL KRAFT 350' | 12 | T | 18.53 | CS | 18.53 |
| 1 | CS | | 60003 | JAVA JACKET KRAFT LARGE | 1200 | T | 40.57 | CS | 40.57 |
| 0 | CS | | P11 | SHOT GLASS 1oz | 2500 | | 62.35 | CS | |
| 2 | CS | | TP16D | PLASTIC CUP 16oz | 1000 | | 61.39 | CS | 122.78 |
| 1 | CS | | 71870 | LID PAPER FOR 71037,71226,718 | 1000 | | 100.00 | CS | 100.00 |
| 1 | CS | | PFVL | GLOVE POWDER FREE VINYL LARGE | 1000 | T | 19.46 | CS | 19.46 |
| 1 | CS | | 112WH | HOT CUP 12oz WHITE | 1000 | | 38.92 | CS | 38.92 |
| 1 | CS | | 71226 | FOOD CONTAINER 12oz PAPER WHI | 1000 | | 85.48 | CS | 85.48 |
| 1 | CS | | SAB12008 | PET BOWL 8oz CLEAR | 500 | | 40.53 | CS | 40.53 |
| 1 | CS | | SAB52016 | DOME FOR 12008,12,16 BOWLS | 500 | | 31.81 | CS | 31.81 |
| 1 | CS | | 5521TS | LID STRAW SLOT/ARC12,ARC24 50 | 1000 | | 23.86 | CS | 23.86 |
| 1 | CS | | MS500 | TOILET TISSUE 2 PLY | 96 | T | 32.03 | CS | 32.03 |

| NITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 13 | 443.38 | 140.66 | 8.875 | 12.54 | 3.00 | 599.58 |

REC'D BY _____ TIME _____

NAME (PRINT) _____ PCS. _____

CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

# BORAX

"The Right Solution For Every Packaging Need"

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services,*
*enabling **our** customers to focus on **their** customers.*

Page 1 of 1

INVOICE NUMBER

INVOICE DATE

STOP: 4
DELIVERY TKT

B99926

10/01/15

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|

**SOLD TO:**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY          11101

**SHIP TO:**
ORGANIC AVENUE          62

62 BLEECKER STREET
NEW YORK, NY          10013

| RV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| PT | SK | ORGAVE | (212)358-0500 | NET 30 DAYS | JOHAN 9/30/15 | BORAX TRUCK | 13-4343234 |

| LINE NO. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1 | CS | | 112WH | HOT CUP 12oz WHITE | 1000 | | | | |
| 02 | 1 | CS | | 71226 | FOOD CONTAINER 12oz PAPER WHIT | 1000 | | | | |
| 03 | 1 | CS | | 71870 | LID PAPER FOR 71037,71226,7184 | 1000 | | | | |
| 04 | 1 | CS | | MS500 | TOILET TISSUE 2 PLY | 96 | | | | |
| 05 | 1 | CS | | PFVL | GLOVE POWDER FREE VINYL LARGE | 1000 | | | | |
| 06 | 0 | CS | | PI1 | SHOT GLASS 1oz | 2500 | | | | |
| 07 | 1 | CS | | RK350A | ROLL TOWEL KRAFT 350' | 12 | | | | |
| 08 | 1 | CS | | S626TS | LID STRAW SLOT/APC16,APC24,SOL | 1000 | | | | |
| 09 | 1 | CS | | SAB1200B | PET BOWL 8oz CLEAR | 500 | | | | |
| 10 | 1 | CS | | SAB52016 | DOME FOR 1200B,12,16 BOWLS | 500 | | | | |
| 11 | 2 | CS | | TP16D | PLASTIC CUP 16oz | 1000 | | | | |
| 12 | 1 | CS | | 6000 | JAVA JACKET KRAFT LARGE | 1200 | | | | |
| 13 | 1 | CS | | 27-1216 | SOUP SPOON BIODEGRADABLE HEAVY | 1000 | | | | |

13

| NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|
| | | | | | |

REC'D BY _____ TIME _____

NAME (PRINT) _____ PCS. _____

CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**PAPER PRODUCTS INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*The Right Solution For Every Packaging Need"*

SHIP:
P:
** INVOICE **
Page ____ of ____

**INVOICE NUMBER**

**INVOICE DATE**     B99935

10/01/15

*Providing quality products and reliable services,*
*enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY          11101

**SHIP TO**
ORGANIC AVENUE
111 W. 40TH STREET
NEW YORK, NY        10018

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| SK | ORGAVE | 212 358-0500 | NET 30 DAYS | GMOORE -9/30/1 | BORAX TRUCK | 13-4343234 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS | | D786E | DISPENSER NAPKIN NATURAL 12X1 | 6000 | T | 35.49 | CS | 35.49 |
| 1 | CS | | 26601 | ROLL TOWEL WHITE 6/800 | 6 | T | 35.18 | CS | 35.18 |
| 1 | CS | | 27-1205 | FORK BIODEGRADABLE HEAVY | 1000 | | 29.87 | CS | 29.87 |
| 1 | CS | | 27-1876 | SOUP SPOON BIODEGRADABLE HEAV | 1000 | | 29.87 | CS | 29.87 |
| 1 | CS | | RK350A | ROLL TOWEL KRAFT 350' | 12 | T | 18.53 | CS | 18.53 |
| 1 | CS | | TP16D | PLASTIC CUP 16oz | 1000 | | 61.39 | CS | 61.39 |
| 1 | CS | | PL09-7610U | LINER-CLEAR 17X10 CLEAR (.5 MIL | 1000 | T | 28.50 | CS | 28.50 |
| 1 | CS | | 71670 | LID PAPER FOR 71037,71826,718 | 1000 | | 100.00 | CS | 100.00 |
| 1 | CS | | PFVL | GLOVE POWDER FREE VINYL LARGE | 1000 | T | 19.46 | CS | 19.46 |
| 1 | CS | | 71226 | FOOD CONTAINER 12oz PAPER WHI | 1000 | | 85.48 | CS | 85.48 |
| 1 | CS | | TP5-16 | LID TRAVEL 10S/12/16 WHI | 1000 | | 27.80 | CS | 27.80 |
| 1 | CS | | SD5-2 | SUNDAE DISH 5oz CLEAR | 1000 | | 51.50 | CS | 51.50 |
| 1 | CS | | S626TS | LID STRAW SLOT/APC16,APC24 SO | 1000 | | 23.86 | CS | 23.86 |
| | | | | | | | | | |

| UNITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 13 | 350.03 | 196.90 | 8.875 | 17.57 | 3.00 | 567.50 |

REC'D BY _____   TIME _____
NAME (PRINT) _____   PCS. _____
CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO:  BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

# BORAX

"The Right Solution For Every Packaging Need"

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

STOP: 13
DELIVERY TKT

Page 1 of 1
INVOICE NUMBER    B99935

INVOICE DATE    10/01/15

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY          11101

**SHIP TO**
ORGANIC AVENUE                     111
111 W. 40TH STREET
NEW YORK, NY          10018

| RV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| PT | SK | ORGAVE | (347)244-7946 | NET 30 DAYS | GMOORE -9/30/1 | BORAX TRUCK | 13-4343234 |

| LINE NO. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1 | CS | | 26601 | ROLL TOWEL WHITE 6/800 | 6 | | | | |
| 02 | 1 | CS | | 27-1205 | FORK BIODEGRADABLE HEAVY | 1000 | | | | |
| 03 | 1 | CS | | 71226 | FOOD CONTAINER 12oz PAPER WHIT | 1000 | | | | |
| 04 | 1 | CS | | 71870 | LID PAPER FOR 71037,71226,7184 | 1000 | | | | |
| 05 | 1 | CS | | PFVL | GLOVE POWDER FREE VINYL LARGE | 1000 | | | | |
| 06 | 1 | CS | | RK350A | ROLL TOWEL KRAFT 350' | 12 | | | | |
| 07 | 1 | CS | | S626TS | LID STRAW SLOT/APC16,APC24 SOL | 1000 | | | | |
| 08 | 1 | CS | | TP16D | PLASTIC CUP 16oz | 1000 | | | | |
| 09 | 1 | CS | | 27-1216 | SOUP SPOON BIODEGRADABLE HEAVY | 1000 | | | | |
| 10 | 1 | CS | | TLP316 | LID TRAVEL-10S,12-24 | 1000 | | | | |
| 1 | 1 | CS | | D786E | DISPENSER NAPKIN NATURAL 12X13 | 6000 | | | | |
| 2 | 1 | CS | | HP174615CL | LINER 23X17X46 CLEAR (1.5 MIL) | 100 | | | | |
| 3 | 1 | CS | | SSD-5 | SUNDAE DISH 5oz CLEAR | 1000 | | | | |

*13*

| ITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 13 | | | | | | |

REC'D BY _____   TIME _____
NAME (PRINT) Richard Mondez   PCS. _____
CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**PAPER PRODUCTS INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*"The Right Solution For Every Packaging Need"*

** INVOICE **

| | |
|---|---|
| Page ____ of ____ | |
| **INVOICE NUMBER** | B99937 |
| **INVOICE DATE** | 10/01/15 |

*Providing quality products and reliable services,*
*enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

| SOLD TO | SHIP TO |
|---|---|
| ORGANIC AVENUE<br>ORGANIC AVENUE LLC.<br>43-46 10TH STREET<br>LIC, NY          11101 | ORGANIC AVENUE<br><br>216 8TH AVENUE<br>NEW YORK, NY          10011 |

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| SK | ORGAVE | 212 358-0500 | NET 30 DAYS | MITCH9/730 | BORAX TRUCK | 13-4343234 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 2 | CS | | 26601 | ROLL TOWEL WHITE 6/800 | 6 | T | 35.18 | CS | 70.36 |
| 2 | CS | | 27-1203 | KNIFE BIODEGRADABLE HEAVY | 1000 | T | 29.87 | CS | 59.74 |
| 0 | CS | | PI1 | SHOT GLASS 1oz | 2500 | | 62.35 | CS | .00 |
| 1 | CS | | HP174615CL | LINER 23X17X46 CLEAR (1.5 MIL | 100 | T | 28.50 | CS | 28.50 |
| 1 | CS | | ASB100 | PLASTIC SOUFFLE CUP 1oz | 2500 | | 19.64 | CS | 19.64 |
| 1 | CS | | ASL1 | LID FOR ASB100 | 2500 | | 21.20 | CS | 21.20 |
| 1 | CS | | 642616 | LID STRAW SLOT/APC16,AFC24 50 | 1000 | | 23.66 | CS | 23.66 |

| UNITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 8 | 64.70 | 158.60 | 8.875 | 14.27 | 3.00 | 240.57 |

| REC'D BY _____ | TIME _____ |
|---|---|
| NAME (PRINT) _____ | PCS. _____ |
| CUSTOMER: PLEASE FILL IN ALL INFORMATION | |

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL

# BORAX

**"The Right Solution For Every Packaging Need"**

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page __1__ of __1__
**INVOICE NUMBER**

**INVOICE DATE**

STOP: 15
DELIVERY TKT

B99937

10/01/15

*Providing quality products and reliable services,*
*enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY          11101

**SHIP TO**
ORGANIC AVENUE                     216
216 8TH AVENUE
NEW YORK, NY          10011

| RV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| FT | SK | ORGAVE | (212)358-0500 | NET 30 DAYS | MITCH9/30 | BORAX TRUCK | 13-4343234 |

| LINE NO | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | CS | | 26601 | ROLL TOWEL WHITE 6/800 | 6 | | | | |
| 2 | 2 | CS | | 27-1203 | KNIFE BIODEGRADABLE HEAVY | 1000 | | | | |
| 3 | 0 | CS | | PI1 | SHOT GLASS 1oz | 2500 | | | | |
| 4 | 1 | CS | | S626TS | LID STRAW SLOT/APC16,APC24 SOL | 1000 | | | | |
| 5 | 1 | CS | | HP174615CL | LINER 23X17X46 CLEAR (1.5 MIL) | 100 | | | | |
| 6 | 1 | CS | | ASL1 | LID FOR ASB100 | 2500 | | | | |
| 7 | 1 | CS | | ASB100 | PLASTIC SOUFFLE CUP 1oz | 2500 | | | | |

| TS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 8 | | | | | | |

REC'D BY

NAME (PRINT)

TIME _____

PCS. _____

**CUSTOMER: PLEASE FILL IN ALL INFORMATION**

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

"The Right Solution For Every Packaging Need"

*Providing quality products and reliable services,*
*enabling **our** customers to focus on **their** customers.*

SHIP: ** INVOICE **

Page ___ of ___

INVOICE NUMBER   B99938

INVOICE DATE   10/01/15

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE, LLC.
43-46 10TH STREET
LIC, NY          11101

**SHIP TO**
ORGANIC AVENUE
515 HUDSON STREET
NEW YORK, NY          10014

| DIV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| PT | SK | ORGAVE | 212 358-0500 | NET 30 DAYS | BROOKE 9-30-15 | BORAX TRUCK | 13-4343234 |

| NE NO. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1 | CS | | PI1 | SHOT GLASS 1oz | 2500 | | 62.35 | CS | 62.35 |
| 02 | 1 | CS | | HP174615CL | LINER 23X17X46 CLEAR (1.5 MIL | 100 | T | 28.50 | CS | 28.50 |

| NITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 2 | 62.35 | 28.50 | 8.875 | 2.61 | 3.00 | 96.46 |

EC'D BY _____   TIME ____

AME (PRINT) _____   PCS. ____

ISTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO:  BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



# BORAX

"The Right Solution For Every Packaging Need"

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

Page 1 of 1

STOP: 16
DELIVERY TKT

INVOICE NUMBER

B99938

INVOICE DATE

10/01/15

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

| SOLD TO | SHIP TO |
|---|---|
| ORGANIC AVENUE<br>ORGANIC AVENUE LLC.<br>43-46 10TH STREET<br>LIC, NY          11101 | ORGANIC AVENUE                     515<br>515 HUDSON STREET<br>NEW YORK, NY          10014 |

| DRV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE |
|---|---|---|---|---|---|---|---|
| PT | SK | ORGAVE | (212)358-0500 | NET 30 DAYS | BROOKE 9-30-15 | BORAX TRUCK | 13-434 |

| LINE NO. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 1 | CS | | PI1 | SHOT GLASS 1oz | 2500 | | | |
| 02 | 1 | CS | | HP174615CL | LINER 23X17X46 CLEAR (1.5 MIL) | 100 | | | |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 2 | | | | | | |

| | | |
|---|---|---|
| 'D BY _____ | TIME _____ | A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS. | REMIT TO: BORAX PAPER PRODUCTS, INC.<br>GENERAL POST OFFICE<br>PO BOX 27712<br>NEW YORK, NY 10087-7712 |
| E (PRINT) _____ | PCS. _____ | | |
| TOMER: PLEASE FILL IN ALL INFORMATION | | | |

ORIGINAL



**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of 1  ** INVOICE **

INVOICE NUMBER

INVOICE DATE      B99989

*Providing quality products and reliable services,*
*enabling **our** customers to focus on **their** customers.*

10/01/15

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| ORGANIC AVENUE<br>ORGANIC AVENUE LLC.<br>43-46 10TH STREET<br>LIC, NY          11101 | | ORGANIC AVENUE<br><br>30 3RD AVENUE<br>NEW YORK, NY          10003 | |

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| SK | ORGAVE | 212 358-0500 | NET 30 DAYS | BIEN9/30/15 | BORAX TRUCK | 13-4343234 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS | | PFVM | GLOVE POWDER FREE VINYL MEDIU | 1000 | T | 19.46 | CS | 19.46 |

| TS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 1 | .00 | 19.46 | 8.875 | 2.00 | 3.00 | 24.46 |

REC'D BY _____  TIME _____

NAME (PRINT) _____  PCS. _____

CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



# BORAX

*"The Right Solution For Every Packaging Need"*

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services,*
*enabling **our** customers to focus on **their** customers.*

STOP: 13
DELIVERY TKT

Page 1 of 1
INVOICE NUMBER    B99989

INVOICE DATE    10/01/15

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|

**SOLD TO:**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY          11101

**SHIP TO:**
ORGANIC AVENUE                    30
30 3RD AVENUE
NEW YORK, NY          10003

| DIV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| JS | SK | ORGAVE | (212)358-0500 | NET 30 DAYS | BIEN9/30/15 | BORAX TRUCK | 13-4343234 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS | | PFVM | GLOVE POWDER FREE VINYL MEDIUM | 1000 | | | | |

| NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|

TIME ____
PCS. ____

PRINT) _____
ER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**BORAX PAPER PRODUCTS, INC.**

"The Right Solution For Every Packaging Need"

1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

| | |
|---|---|
| Page ___1__ of ___ | ** INVOICE ** |
| INVOICE NUMBER | |
| INVOICE DATE | B99990 |
| | 10/01/15 |

*Providing quality products and reliable services,*
*enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

| SOLD TO | SHIP TO |
|---|---|
| ORGANIC AVENUE<br>ORGANIC AVENUE LLC.<br>43-46 10TH STREET<br>LIC, NY          11101 | ORGANIC AVENUE<br><br>30 3RD AVENUE<br>NEW YORK, NY          10003 |

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| SK | ORGAVE | 212 358-0500 | NET 30 DAYS | BIEN 9/30/15 | BORAX TRUCK | 13-4343234 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS | | PFVL | GLOVE POWDER FREE VINYL LARGE | 1000 | T | 19.46 | CS | 19.46 |
| 1 | CS | | PFVM | GLOVE POWDER FREE VINYL MEDIU | 1000 | T | 19.46 | CS | 19.46 |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 2 | .00 | 38.92 | 8.875 | 3.72 | 3.00 | 45.64 |

C'D BY _____   TIME _____

ME (PRINT) _____   PCS. _____

STOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

# BORAX

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

"The Right Solution For Every Packaging Need"

STOP: 13
DELIVERY TKT

Page 1 of 1
INVOICE NUMBER    B99990

INVOICE DATE    10/01/15

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY        11101

**SHIP TO**
ORGANIC AVENUE
30 3RD AVENUE
NEW YORK, NY        10003

30

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| SK | ORGAVE | (212)358-0500 | NET 30 DAYS BIEN9/30/15 | | BORAX TRUCK | 13-4343234 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS | | PFVL | GLOVE POWDER FREE VINYL LARGE | 1000 | | | | |
| 1 | CS | | PFVM | GLOVE POWDER FREE VINYL MEDIUM | 1000 | | | | |

| NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|

BY
(PRINT)
TIME _____
PCS. _____
CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**BORAX**

*"The Right Solution For Every Packaging Need"*

**PAPER PRODUCTS, INC**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

** INVOICE **

| | |
|---|---|
| Page ___ of ___ | |
| INVOICE NUMBER | |
| INVOICE DATE | BE0429 |

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

10/02/15

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

| SOLD TO | SHIP TO |
|---|---|
| ORGANIC AVENUE<br>ORGANIC AVENUE LLC.<br>43-46 10TH STREET<br>LIC, NY          11101 | ORGANIC AVENUE<br>ORGANIC AVENUE LLC.<br>43-46 10TH STREET<br>LIC, NY          11101 |

| DIV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| AJ | SK | ORGAVE | 212 358-0500 | NET 30 DAYS | JAMAL | BORAX TRUCK | 13-4343234 |

| NE NO. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 6 | CS | | 019705 | PAN LINER 16X24 ENVIROBAKE | 1000 | | 54.02 | CS | 324.12 |
| 02 | 12 | CS | | RK350A | ROLL TOWEL KRAFT 350' | 12 | T | 18.53 | CS | 222.36 |
| 03 | 15 | CS | | SR-404822C | LINER 40X48 CLEAR (22) | 150 | T | 23.54 | CS | 353.10 |
| 04 | 10 | CS | | 52800 | DOME LID FOR 18032,18024,1804 | 300 | | 40.61 | CS | 406.10 |
| 05 | 12 | CS | | 18024B | PET BOWL 24oz SQUARE CLEAR | 300 | | 49.00 | CS | 588.00 |

| UNITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 55 | 1318.22 | 575.46 | 8.875 | 51.15 | 3.00 | 1947.83 |

REC'D BY _____   TIME _____

NAME (PRINT) _____   PCS. _____

CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO:  BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



# BORAX

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

"The Right Solution For Every Packaging Need"

Page 1 of 1

STOP: 7
DELIVERY TKT

INVOICE NUMBER    BE0429

INVOICE DATE    10/02/15

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY          11101

**SHIP TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY          11101          SAME

| SRV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| AJ | SK | ORGAVE | (212)358-0500 | NET 30 DAYS | JAMAL | BORAX TRUCK | 13-4343234 |

| LINE | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 | CS | | 019705 | PAN LINER 16X24 ENVIROBAKE | 1000 | | | | |
| 2 | 15 | CS | | SR-404822 | LINER 40X48 CLEAR (22) | 150 | | | | |
| 3 | 10 | CS | | 52800 | DOME LID FOR 18032,18024,18048 | 300 | | | | |
| 4 | 12 | CS | | RK350A | ROLL TOWEL KRAFT 350' | 12 | | | | |
| | 12 | CS | | 18024B | PET BOWL 24oz SQUARE CLEAR | 300 | | | | |

| NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|
| | | | | | |

55

BY _Bruno Junior_

TIME 11:00a

PCS. _____

(PRINT)
(CUSTOMER) PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



"The Right Solution For Every Packaging Need"

## PAPER PRODUCTS, INC
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

** INVOICE **

| | |
|---|---|
| Page | 1 of 1 |
| INVOICE NUMBER | |
| INVOICE DATE | BE0489 |
| | 10/02/15 |

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY          11101

**SHIP TO**
ORGANIC AVENUE

649 LEXINGTON AVENUE
NEW YORK, NY        10022

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| SK | ORGAVE | 212 358-0500 | NET 30 DAYS | JOEL NUNEZ09301 | BORAX TRUCK | 13-4343234 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 2 | CS | | 26601 | ROLL TOWEL WHITE 6/800 | 6 | T | 35.18 | CS | 70.36 |
| 2 | CS | | RK350A | ROLL TOWEL KRAFT 350' | 12 | T | 18.53 | CS | 37.06 |
| 2 | CS | | TP16D | PLASTIC CUP 1663 | 1000 | T | 31.39 | CS | |
| 1 | CS | | HR174615CL | LINER 23X17X46 CLEAR (1.5 MIL | 100 | T | 28.50 | CS | |
| 1 | CS | | 71870 | LID PAPER FOR 71037,71226,718 | 1000 | | 100.00 | CS | 100.00 |
| 2 | CS | | PFVL | GLOVE POWDER FREE VINYL LARGE | 1000 | T | 19.46 | CS | 38.92 |
| 2 | CS | | PFVM | GLOVE POWDER FREE VINYL MEDIU | 1000 | T | 19.46 | CS | |
| 1 | CS | | 112WH | HOT CUP 12oz WHITE | 1000 | | 38.92 | CS | |
| 2 | CS | | PFVXL | GLOVE POWDER FREE VINYL EXTRA | 1000 | T | 19.46 | CS | 38.92 |
| 1 | CS | | 71226 | FOOD CONTAINER 12oz PAPER WHI | 1000 | | 85.48 | CS | 85.48 |

| UNITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 16 | 347.18 | 252.68 | 8.875 | 22.54 | 3.00 | 625.40 |

REC'D BY _____ TIME _____
NAME (PRINT) _____ PCS. _____
CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*"The Right Solution For Every Packaging Need"*

*Providing quality products and reliable services,*
*enabling **our** customers to focus on **their** customers.*

Page 1 of 1
INVOICE NUMBER

STOP: 19
DELIVERY TKT

BE0489

INVOICE DATE
10/02/15

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY          11101

**SHIP TO**
ORGANIC AVENUE                        .649

649 LEXINGTON AVENUE
NEW YORK, NY       10022

| RV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| AG | SK | ORGAVE | (347)244-7948 | NET 30 DAYS | JOELNUNEZ09301 | BORAX TRUCK | 13-4343234 |

| LINE NO. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 2 | CS | | 26601 | ROLL TOWEL WHITE 6/800 | 6 | | | | |
| 03 | 1 | CS | | 71226 | FOOD CONTAINER 12oz PAPER WHIT | 1000 | | | | |
| 04 | 1 | CS | | 71870 | LID PAPER FOR 71037,71226,7184 | 1000 | | | | |
| 05 | 2 | CS | | PFVL | GLOVE POWDER FREE VINYL LARGE | 1000 | | | | |
| 06 | 2 | CS | | PFVM | GLOVE POWDER FREE VINYL MEDIUM | 1000 | | | | |
| 07 | 2 | CS | | PFVXL | GLOVE POWDER FREE VINYL EXTRA | 1000 | | | | |
| 08 | 2 | CS | | RK350A | ROLL TOWEL KRAFT 350' | 12 | | | | |
| 09 | 2 | CS | | TP16D | PLASTIC CUP 16oz | 1000 | | | | |
| 0 | 1 | CS | | HP174615CL | LINER 23X17X46 CLEAR (1.5 MIL) | 100 | | | | |
| 1 | 1 | CS | | 112WH | HOT CUP 12oz WHITE | 1000 | | | | |

116

16

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|

'D BY _____ TIME _____
E (PRINT) Russell Cashmann   PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**BORAX**

*"The Right Solution For Every Packaging Need"*

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services,*
*enabling **our** customers to focus on **their** customers.*

Ship: |
** INVOICE **

| INVOICE NUMBER | | BE2028 |
| INVOICE DATE | | 10/08/15 |

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY 11101

**SHIP TO**
ORGANIC AVENUE

62 BLEECKER STREET
NEW YORK, NY 10013

| IV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| AW | SK | ORGAVE | 212 358-0500 | NET 30 DAYS | JOHAN 10/7/15 | BORAX TRUCK | 13-4343234 |

| NE | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1 | CS | | RK350A | ROLL TOWEL KRAFT 350' | 12 | T | 18.53 | CS | 18.53 |
| 02 | 1 | CS | | PI1 | SHOT GLASS 1oz | 2500 | | 62.35 | CS | 62.35 |
| 03 | 1 | CS | | TP16D | PLASTIC CUP 16oz | 1000 | | 61.32 | CS | 61.32 |
| 04 | 1 | CS | | 71870 | LID PAPER FOR 71037,71226,718 | 1000 | | 100.00 | CS | 100.00 |
| 05 | 1 | CS | | PFVL | GLOVE POWDER FREE VINYL LARGE | 1000 | T | 19.46 | CS | 19.46 |
| 06 | 1 | CS | | 71226 | FOOD CONTAINER 12oz PAPER WHI | 1000 | | 85.48 | CS | 85.48 |
| 07 | 1 | CS | | TLP516 | LID TRAVEL 10S,12,24 | 1000 | | 27.80 | CS | 27.80 |
| 08 | 1 | CS | | SS26TS | LID STRAW SLOT/APC16,ARC24 SO | 1000 | | 23.86 | CS | 23.86 |

| ITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 8 | 360.88 | 37.99 | 8.875 | 3.40 | 3.00 | 405.27 |

C'D BY _____ TIME _____
ME (PRINT) _____ PCS. _____
STOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



# BORAX

"The Right Solution For Every Packaging Need"

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services,*
*enabling our customers to focus on their customers.*

STOP: 20
DELIVERY TKT

Page 1 of 1
INVOICE NUMBER        BE2028

INVOICE DATE
10/08/15

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY          11101

**SHIP TO**
ORGANIC AVENUE

62 BLEECKER STREET
NEW YORK, NY          10013          62

| DRV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| AW | SK | ORGAVE | (212)358-0500 | NET 30 DAYS | JOHAN 10/7/15 | BORAX TRUCK | 13-4343234 |

| LINE NO. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1 | CS | | 71226 | FOOD CONTAINER 12oz PAPER WHIT | 1000 | | | | |
| 02 | 1 | CS | | 71870 | LID PAPER FOR 71037,71226,7184 | 1000 | | | | |
| 03 | 1 | CS | | PFVL | GLOVE POWDER FREE VINYL LARGE | 1000 | | | | |
| 04 | 1 | CS | | PI1 | SHOT GLASS 1oz | 2500 | | | | |
| 05 | 1 | CS | | RK350A | ROLL TOWEL KRAFT 350' | 12 | | | | |
| 06 | 1 | CS | | S626TS | LID STRAW SLOT/APC16,APC24 SOL | 1000 | | | | |
| 07 | 1 | CS | | TLP316 | LID TRAVEL-10S,12-24 | 1000 | | | | |
| 08 | 1 | CS | | TP16D | PLASTIC CUP 16oz | 1000 | | | | |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 8 | | | | | | |

RC'D BY _____    TIME _____
NAME (PRINT) _David Webster_    PCS. _____
CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

"The Right Solution For Every Packaging Need"

*Providing quality products and reliable services,*
*enabling **our** customers to focus on **their** customers.*

Page ___ of ___        ** INVOICE **

INVOICE NUMBER

INVOICE DATE        BE2072

10/08/15

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY          11101

**SHIP TO**
ORGANIC AVENUE

649 LEXINGTON AVENUE
NEW YORK, NY          10022

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| SK | ORGAVE | 212 358-0500 | NET 30 DAYS | GIOJEFF10/7 | BORAX TRUCK | 13-4343234 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS | | D786E | DISPENSER NAPKIN NATURAL 12X1 | 6000 | T | 35.49 | CS | 35.49 |
| 1 | CS | | 27-1205 | FORK BIODEGRADABLE HEAVY | 1000 | T | 29.87 | CS | 29.87 |
| 2 | CS | | 27-1216 | SOUP SPOON BIODEGRADABLE HEAV | 1000 | T | 29.87 | CS | 59.74 |
| 1 | CS | | 27-1203 | KNIFE BIODEGRADABLE HEAVY | 1000 | T | 29.87 | CS | 29.87 |
| 1 | CS | | TP16D | PLASTIC CUP 16oz | 1000 | | 61.39 | CS | 61.39 |
| 1 | CS | | HP174615CL | LINER 23X17X46 CLEAR (1.5 MIL | 100 | T | 28.50 | CS | 28.50 |
| 1 | CS | | 71870 | LID PAPER FOR 71037,71226,718 | 1000 | | 100.00 | CS | 100.00 |
| 1 | CS | | 112WH | HOT CUP 12oz WHITE | 1000 | | 38.72 | CS | 38.72 |
| 2 | CS | | 71226 | FOOD CONTAINER 12oz PAPER WHI | 1000 | | 85.48 | CS | 170.96 |
| 1 | CS | | S626TS | LID STRAW SLOT/APC16,APC24 SO | 1000 | | 23.86 | CS | 23.86 |

| ITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 12 | 395.13 | 183.47 | 8.875 | 16.36 | 3.00 | 597.96 |

C'D BY _____ TIME _____

ME (PRINT) _____ PCS. _____

STOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO: **BORAX PAPER PRODUCTS, INC.**
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



# BORAX

"The Right Solution For Every Packaging Need"

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services,*
*enabling **our** customers to focus on **their** customers.*

Page __1__ of __1__
INVOICE NUMBER

INVOICE DATE

STOP: 17
DELIVERY TKT

BE2072

10/08/15

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY          11101

**SHIP TO**
ORGANIC AVENUE

649 LEXINGTON AVENUE
NEW YORK, NY          10022

649

| RV AG | SLMN SK | ACCT. NO. ORGAVE | PHONE (347)244-7948 | TERMS NET 30 DAYS | CUSTOMER P.O. GIOJEFF10/7 | SHIP VIA BORAX TRUCK | TAX RESALE # 13-4343234 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LINE NO. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
| 1 | 1 | CS | | 112WH | HOT CUP 12oz WHITE | 1000 | | | | |
| 2 | 1 | CS | | 27-1203 | KNIFE BIODEGRADABLE HEAVY | 1000 | | | | |
| 3 | 1 | CS | | 27-1205 | FORK BIODEGRADABLE HEAVY | 1000 | | | | |
| 4 | 2 | CS | | 27-1216 | SOUP SPOON BIODEGRADABLE HEAVY | 1000 | | | | |
| 5 | 2 | CS | | 71226 | FOOD CONTAINER 12oz PAPER WHIT | 1000 | | | | |
| 6 | 1 | CS | | 71870 | LID PAPER FOR 71037,71226,7184 | 1000 | | | | |
| 7 | 1 | CS | | D786E | DISPENSER NAPKIN NATURAL 12X13 | 6000 | | | | |
| 8 | 1 | CS | | S626TS | LID STRAW SLOT/APC16,APC24 SOL | 1000 | | | | |
| 9 | 1 | CS | | TP16D | PLASTIC CUP 16oz | 1000 | | | | |
| | 1 | CS | | HP174615CL | LINER 23X17X46 CLEAR (1.5 MIL) | 100 | | | | |

| NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|
| | | | | | |

Y _____
RINT) _____
ER: PLEASE FILL IN ALL INFORMATION

TIME _____
PCS. _____

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**PAPER PRODUCTS INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*"The Right Solution For Every Packaging Need"*

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

| | **INVOICE NUMBER** | |
|---|---|---|
| | | ** INVOICE ** |
| **INVOICE DATE** | | BE2091 |
| | | 10/08/15 |

Page ___1___ of ___9___

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

| SOLD TO | SHIP TO |
|---|---|
| ORGANIC AVENUE<br>ORGANIC AVENUE LLC.<br>43-46 10TH STREET<br>LIC, NY          11101 | ORGANIC AVENUE<br><br>111 W. 40TH STREET<br>NEW YORK, NY          10018 |

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| SK | ORGAVE | 212 358-0500 | NET 30 DAYS FIX | | BORAX TRUCK | 13-4343234 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS | | L1019 | LID FOR LSD8,SSD-5,DSD12 | 1000 | | 59.17 | CS | 59.17 |
| | | | | | | | | | |

| UNITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 1 | 59.17 | .00 | 8.875 | .00 | .00 | 59.17 |

REC'D BY _____ TIME _____
NAME (PRINT) _____ PCS. _____
CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL

# BORAX

"The Right Solution For Every Packaging Need"

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services,*
*enabling **our** customers to focus on **their** customers.*

Page 1 of 1
INVOICE NUMBER

INVOICE DATE

STOP: 11
DELIVERY TKT

BE2091

10/08/15

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|

**SOLD TO:**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY          11101

**SHIP TO:**
ORGANIC AVENUE          111

111 W. 40TH STREET
NEW YORK, NY      10018

| RV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| PT | SK | ORGAVE | (347)244-7946 | NET 30 DAYS FIX | | BORAX TRUCK | 13-4343234 |

| LINE NO. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1 | CS | | L1019 | LID FOR LSD8,SSD-5,DSD12 | 1000 | | | | |

*G. Moore*

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 1 | | | | | | |

RCVD BY _____   TIME _____
RECEIVE (PRINT) _____   PCS. _____
CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**PAPER PRODUCTS INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*"The Right Solution For Every Packaging Need"*

Page ___1of ___  ** INVOICE **

INVOICE NUMBER

INVOICE DATE          BE2092

*Providing quality products and reliable services,*
*enabling* **our** *customers to focus on* **their** *customers.*     10/08/15

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

| SOLD TO | SHIP TO |
|---|---|
| ORGANIC AVENUE<br>ORGANIC AVENUE LLC.<br>43-46 10TH STREET<br>LIC, NY          11101 | ORGANIC AVENUE<br><br>111 W. 40TH STREET<br>NEW YORK, NY          10018 |

| RV PT | SLMN SK | ACCT. NO. ORGAVE | PHONE 212 358-0500 | TERMS NET 30 DAYS | CUSTOMER P.O. GMOORE- 10/7/1 | SHIP VIA BORAX TRUCK | TAX RESALE # 13-4343234 |
|---|---|---|---|---|---|---|---|

| LINE NO. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1 | CS | | D786E | DISPENSER NAPKIN NATURAL 12X1 | 6000 | T | 35.49 | CS | 35.4 |
| 02 | 1 | CS | | PM510032 | BEVERAGE CARRIER 4-CUP | 300 | | 25.26 | CS | 25.2 |
| 03 | 1 | CS | | 27612005 | FORK BIODEGRADABLE HEAVY | 1000 | | 59.87 | CS | 59.8 |
| 04 | 1 | CS | | 27612010 | SOUP SPOON BIODEGRADABLE HEAV | 1000 | | 59.87 | CS | 59. |
| 05 | 1 | CS | | RK350A | ROLL TOWEL KRAFT 350' | 12 | T | 18.53 | CS | 18.53 |
| 06 | 1 | CS | | TP16D | PLASTIC CUP 16oz | 1000 | | 61.39 | CS | 61.39 |
| 07 | 1 | CS | | HE17N615CC | LINER 23X17X46 CLEAR 11.5 MIL | 100 | | 28.55 | CS | 28. |
| 08 | 1 | CS | | PFVL | GLOVE POWDER FREE VINYL LARGE | 1000 | | 19.46 | CS | 19. |
| 09 | 1 | CS | | PFVM | GLOVE POWDER FREE VINYL MEDIU | 1000 | T | 19.46 | CS | 19.46 |
| 10 | 1 | CS | | PFVXL | GLOVE POWDER FREE VINYL EXTRA | 1000 | T | 19.46 | CS | 19.4 |
| 11 | 1 | CS | | 20123 | FOOD CONTAINER 12S PAPER WHI | 1000 | | 87.48 | CS | 87. |
| 12 | 1 | CS | | SAB52008 | DOME FOR BOWLS 8OZ CLEAR | 500 | | 30.62 | CS | 30. |
| 13 | 1 | CS | | SAB52016 | DOME FOR 12008,12,16 BOWLS | 500 | | 31.81 | CS | 31.81 |
| 14 | 1 | CS | | S626TS | LID STRAW SLOT/APC16,APC24 SO | 1000 | | 23.86 | CS | 23.86 |

| UNITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 13 | 182.85 | 200.64 | 8.875 | 17.95 | 3.00 | 404.44 |

REC'D BY _____     TIME _____

NAME (PRINT) _____     PCS. _____

CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL

# BORAX

"The Right Solution For Every Packaging Need"

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services,*
*enabling **our** customers to focus on **their** customers.*

STOP: 11
DELIVERY TKT

Page 1 of 1
INVOICE NUMBER

BE2092

INVOICE DATE

10/08/15

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|

SOLD TO:
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY          11101

SHIP TO:
ORGANIC AVENUE

111 W. 40TH STREET
NEW YORK, NY          10018

111

| DIV FT | SLMN SK | ACCT. NO. ORGAVE | PHONE (347)244-7946 | TERMS NET 30 DAYS | CUSTOMER P.O. GMOORE- 10/7/1 | SHIP VIA BORAX TRUCK | TAX RESALE # 13-4343234 |
|---|---|---|---|---|---|---|---|

| LINE | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | CS | | 27-1205 | FORK BIODEGRADABLE HEAVY | 1000 | | | | |
| 2 | 1 | CS | | 27-1216 | SOUP SPOON BIODEGRADABLE HEAVY | 1000 | | | | |
| 3 | 1 | CS | | 71226 | FOOD CONTAINER 12oz PAPER WHIT | 1000 | | | | |
| 4 | 1 | CS | | D735E | DISPENSER NAPKIN NATURAL 12X13 | 6000 | | | | |
| 5 | 1 | CS | | PFVL | GLOVE POWDER FREE VINYL LARGE | 1000 | | | | |
| 6 | 1 | CS | | PFVM | GLOVE POWDER FREE VINYL MEDIUM | 1000 | | | | |
| 7 | 1 | CS | | PFVXL | GLOVE POWDER FREE VINYL EXTRA | 1000 | | | | |
| | 1 | CS | | PM510032 | BEVERAGE CARRIER 4-CUP | 300 | | | | |
| | 1 | CS | | RK350A | ROLL TOWEL KRAFT 350' | 12 | | | | |
| | 1 | CS | | S626TS | LID STRAW SLOT/APC16,APC24 SOL | 1000 | | | | |
| | 1 | CS | | SAB12008 | PET BOWL 8oz CLEAR | 500 | | | | |
| | 1 | CS | | SAB52016 | DOME FOR 12008,12,16 BOWLS | 500 | | | | |
| | 1 | CS | | TP16D | PLASTIC CUP 16oz | 1000 | | | | |
| | 1 | CS | | HP174615CL | LINER 23X17X46 CLEAR (1.5 MIL) | 100 | | | | |

*G. Moore*

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|

BY _____          TIME _____

(PRINT) _____          PCS. _____

OMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

"The Right Solution For Every Packaging Need"

*Providing quality products and reliable services,*
*enabling **our** customers to focus on **their** customers.*

Page ___ 1 of ___ 1   ** INVOICE **

| INVOICE NUMBER | |
|---|---|
| INVOICE DATE | BE2097 |
| | 10/08/15 |

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY          11101

**SHIP TO**
ORGANIC AVENUE

216 8TH AVENUE
NEW YORK, NY        10011

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| SK | ORGAVE | 212 358-0500 | NET 30 DAYS | MITCH10/7 | BORAX TRUCK | 13-4343234 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS | | D786E | DISPENSER NAPKIN NATURAL 12X1 | 6000 | T | 35.49 | CS | 35.49 |
| 1 | CS | | 27-1205 | FORK BIODEGRADABLE HEAVY | 1000 | T | 29.87 | CS | 29.87 |
| 1 | CS | | RK850A | ROLL TOWEL KRAFT 350 | 12 | T | 18.53 | CS | 18.53 |
| 1 | CS | | 6000 | JAVA JACKET KRAFT LARGE | 1200 | T | 40.77 | CS | 40.77 |
| 2 | CS | | TP16D | PLASTIC CUP 16oz | 1000 | T | 61.39 | CS | 122.78 |
| 1 | CS | | SAB12008 | PET BOWL 8oz CLEAR | 500 | T | 40.53 | CS | 40.53 |
| 1 | CS | | SAB52016 | DOME FOR 12.008.12.16 BOWLS | 500 | T | 31.81 | CS | 31.81 |

| UNITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 8 | 195.12 | 124.66 | 8.875 | 11.16 | 3.00 | 333.94 |

REC'D BY _____   TIME _____
NAME (PRINT) _____  PCS. _____
CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



# BORAX

*"The Right Solution For Every Packaging Need"*

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

STOP: 16
DELIVERY TKT

Page 1 of 1
INVOICE NUMBER

BE2097

INVOICE DATE

10/08/15

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY          11101

**SHIP TO**
ORGANIC AVENUE                    216

216 8TH AVENUE
NEW YORK, NY          10011

| RV PT | SLMN SK | ACCT. NO. ORGAVE | PHONE (212)358-0500 | TERMS NET 30 DAYS | CUSTOMER P.O. MITCH10/7 | SHIP VIA BORAX TRUCK | TAX RESALE # 13-4343234 |
|---|---|---|---|---|---|---|---|

| LINE NO. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1 | CS | | 27-1205 | FORK BIODEGRADABLE HEAVY | 1000 | | | | |
| 02 | 1 | CS | | 6000 | JAVA JACKET KRAFT LARGE | 1200 | | | | |
| 03 | 1 | CS | | D786E | DISPENSER NAPKIN NATURAL 12X13 | 6000 | | | | |
| 04 | 1 | CS | | RK350A | ROLL TOWEL KRAFT 350' | 12 | | | | |
| 05 | 1 | CS | | SAB12008 | PET BOWL 8oz CLEAR | 500 | | | | |
| 06 | 1 | CS | | SAB52016 | DOME FOR 12008,12,16 BOWLS | 500 | | | | |
| 07 | 2 | CS | | TP16D | PLASTIC CUP 16oz | 1000 | | | | |

8

| TS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 8 | | | | | | |

'D BY _____   TIME _____
ME (PRINT) _____  PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*"The Right Solution For Every Packaging Need"*

*Providing quality products and reliable services,*
*enabling **our** customers to focus on **their** customers.*

SHIP: **\*\* INVOICE \*\***

| | |
|---|---|
| Page ___ Of ___ | |
| **INVOICE NUMBER** | BE2167 |
| **INVOICE DATE** | 10/08/15 |

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

| SOLD TO | SHIP TO |
|---|---|
| ORGANIC AVENUE<br>ORGANIC AVENUE LLC.<br>43-46 10TH STREET<br>LIC, NY          11101 | ORGANIC AVENUE<br><br>206 E. 86TH STREET<br>NEW YORK, NY       10028 |

| IV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| RG | SK | ORGAVE | 212 358-0500 | NET 30 DAYS | QUEENNA10/7/15 | BORAX TRUCK | 13-4343234 |

| NE O. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1 | CS | | MS500 | TOILET TISSUE 2 PLY | 96 | T | 32.03 | CS | 32.03 |

| ITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 1 | .00 | 32.03 | 8.875 | 3.11 | 3.00 | 38.14 |

C'D BY _____ TIME _____
ME (PRINT) _____ PCS. _____
STOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

# BORAX

*"The Right Solution For Every Packaging Need"*

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services,*
*enabling **our** customers to focus on **their** customers.*

STOP: 18
DELIVERY TKT

Page 1 of 1
INVOICE NUMBER

BE2167

INVOICE DATE

10/08/15

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY          11101

**SHIP TO**
ORGANIC AVENUE                          206

206 E. 86TH STREET
NEW YORK, NY          10028

| DRV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| RG | SK | ORGAVE | (212)358-0500 | NET 30 DAYS | QUEENNA10/7/15 | BORAX TRUCK | 13-4343234 |

| LINE NO. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1 | CS | | MS500 | TOILET TISSUE 2 PLY | 96 | | | | |

| UNITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 1 | | | | | | |

REC'D BY _Sherrika C_   TIME _____

NAME (PRINT) _____   PCS. _____

CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



# PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page __ of __  ** INVOICE **

**INVOICE NUMBER**

**INVOICE DATE**     BE2210

*Providing quality products and reliable services,*
*enabling **our** customers to focus on **their** customers.*     10/08/15

**"The Right Solution For Every Packaging Need"**

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| ORGANIC AVENUE<br>ORGANIC AVENUE LLC.<br>43-46 10TH STREET<br>LIC, NY          11101 | | ORGANIC AVENUE<br><br>461 AMSTERDAM AVENUE<br>NEW YORK, NY        10024 | |

| IV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| CJ | SK | ORGAVE | 212 358-0500 | NET 30 DAYS | SEAN 10/7/15 | BORAX TRUCK | 13-4343234 |

| NE 0. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1 | CS | | RK350A | ROLL TOWEL KRAFT 350' | 12 | T | 18.53 | CS | 18.53 |
| 02 | 1 | CS | | 112WH | HOT CUP 12oz WHITE | 1000 | | 38.92 | CS | 38.92 |
| 03 | 1 | CS | | MS500 | TOILET TISSUE 2 PLY | 96 | T | 32.03 | CS | 32.03 |

| ITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 3 | 38.92 | 50.56 | 8.875 | 4.64 | 3.00 | 97.12 |

C'D BY _____  TIME _____

ME (PRINT) _____  PCS. _____

STOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



# BORAX
## PAPER PRODUCTS, INC.
*"The Right Solution For Every Packaging Need"*

1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of 1

INVOICE NUMBER

INVOICE DATE

STOP: 20
DELIVERY TKT

BE2210

10/08/15

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

**SOLD TO:**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY        11101

**SHIP TO:**
ORGANIC AVENUE                    461
461 AMSTERDAM AVENUE
NEW YORK, NY        10024

| DRV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| CJ | 5K | ORGAVE | (917)405-9353 | NET 30 DAYS | SEAN 10/7/15 | BORAX TRUCK | 13-4343234 |

| LINE NO. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1 | CS | | 112WH | HOT CUP 12oz WHITE | 1000 | | | | |
| 02 | 1 | CS | | MS500 | TOILET TISSUE 2 PLY | 96 | | | | |
| 03 | 1 | CS | | RK350A | ROLL TOWEL KRAFT 350' | 12 | | | | |

3

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| UNITS
3 | | | | | | |

REC'D BY _____   TIME 3:15

NAME (PRINT) Courtney O'Grady   PCS. _____

CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**PAPER PRODUCTS, INC**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

"The Right Solution For Every Packaging Need"

*Providing quality products and reliable services,*
*enabling **our** customers to focus on **their** customers.*

** INVOICE **

| INVOICE NUMBER | |
|---|---|
| INVOICE DATE | BE2249 |
| | 10/08/15 |

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

| SOLD TO | SHIP TO |
|---|---|
| ORGANIC AVENUE<br>ORGANIC AVENUE LLC.<br>43-46 10TH STREET<br>LIC, NY          11101 | ORGANIC AVENUE<br><br>254 PARK AVENUE, SOUTH<br>NEW YORK, NY          10010 |

| DIV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| AC | SK | ORGAVE | 212 358-0500 | NET 30 DAYS | CHAVEZ10715 | BORAX TRUCK | 13-4343234 |

| LINE NO. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1 | CS | | PFVM | GLOVE POWDER FREE VINYL MEDIU | 1000 | T | 19.46 | CS | 19.46 |
| | | | | | | | | | | |

| UNITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 1 | .00 | 19.46 | 8.875 | 1.73 | .00 | 21.19 |

REC'D BY _____   TIME _____

NAME (PRINT) _____   PCS. _____

CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



# BORAX
"The Right Solution For Every Packaging Need"

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services, enabling our customers to focus on their customers.*

STOP: 10
DELIVERY TKT

Page 1 of 1
INVOICE NUMBER          BE2249

INVOICE DATE
10/08/15

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY          11101

**SHIP TO**
ORGANIC AVENUE                          254
254 PARK AVENUE, SOUTH
NEW YORK, NY          10010

| DRV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| AC | SK | ORGAVE | (212)358-0500 | NET 30 DAYS | CHAVEZ10715 | BORAX TRUCK | 13-4343234 |

| LINE NO. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1 | CS | | PFVM | GLOVE POWDER FREE VINYL MEDIUM | 1000 | | | | |

| UNITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 1 | | | | | | |

REC'D BY _____    TIME _____

NAME (PRINT) _____    PCS. _____

CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**BORAX** **PAPER PRODUCTS INC.**

*The Right Solution For Every Packaging Need"*

1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

** INVOICE **

| | |
|---|---|
| **INVOICE NUMBER** | |
| **INVOICE DATE** | BE2250 |
| | 10/08/15 |

*Providing quality products and reliable services,*
*enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY          11101

**SHIP TO.**
ORGANIC AVENUE

254 PARK AVENUE, SOUTH
NEW YORK, NY          10010

| V | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| AC | SK | ORGAVE | 212 358-0500 | NET 30 DAYS | CHAVEZ10072015 | BORAX TRUCK | 13-4343234 |

| E | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 2 | CS | | 71226 | FOOD CONTAINER 12oz PAPER WHI | 1000 | | 85.48 | CS | 170.96 |
| 02 | 3 | CS | | S626TS | LID STRAW SLOT/APC16.APC24 SO | 1000 | | 23.86 | CS | 71.58 |

| NITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 5 | 242.54 | .00 | 8.875 | .00 | 3.00 | 245.54 |

| | |
|---|---|
| EC'D BY _____ TIME _____ | |
| ME (PRINT) _____ PCS. _____ | |
| ISTOMER: PLEASE FILL IN ALL INFORMATION | |

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

**REMIT TO: BORAX PAPER PRODUCTS, INC**
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL

# BORAX

"The Right Solution For Every Packaging Need"

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page __1__ of __1__
**INVOICE NUMBER**

**INVOICE DATE**

STOP: 10
DELIVERY TKT

BE2250

10/08/15

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

| SOLD TO | SHIP TO | |
|---|---|---|
| ORGANIC AVENUE<br>ORGANIC AVENUE LLC.<br>43-46 10TH STREET<br>LIC, NY          11101 | ORGANIC AVENUE<br><br>254 PARK AVENUE, SOUTH<br>NEW YORK, NY          10010 | 254 |

| DRV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| AC | SK | ORGAVE | (212)358-0500 | NET 30 DAYS | CHAVEZ10072015 | BORAX TRUCK | 13-4343234 |

| LINE NO. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 2 | CS | | 71226 | FOOD CONTAINER 12oz PAPER WHIT | 1000 | | | | |
| 02 | 3 | CS | | S626TS | LID STRAW SLOT/APC16,APC24 SOL | 1000 | | | | |

5

(5)

| UNITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |

REC'D BY _____    TIME _____

NAME (PRINT) _____    PCS. _____

CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**PAPER PRODUCTS INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*"The Right Solution For Every Packaging Need"*

** INVOICE **

| | |
|---|---|
| INVOICE NUMBER | |
| INVOICE DATE | BE2617 |

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

10/09/15

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | | |

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY        11101

**SHIP TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY        11101

| RV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| AJ | SK | ORGAVE | 212 358-0500 | NET 30 DAYS | JAMAL100815 | BORAX TRUCK | 13-4343234 |

| LINE NO. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 4 | CS | | 2X110PP | TAPE POLYPRO 48mm (2")x100m C | 36 | | 33.63 | CS | 134.5 |
| 02 | 3 | CS | | PFVL | GLOVE POWDER FREE VINYL LARGE | 1000 | T | 19.46 | CS | 58.3 |
| 03 | 3 | CS | | PFVM | GLOVE POWDER FREE VINYL MEDIU | 1000 | T | 19.46 | CS | 58. |
| 04 | 5 | CS | | SW4-000T-W | SANDWICH WEDGE CLEAR ANGLED | 200 | | 46.54 | CS | 232 |

| UNITS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 15 | 367.22 | 116.76 | 8.875 | 10.42 | 3.00 | 497.40 |

REC'D BY _____    TIME _____

NAME (PRINT) _____    PCS. _____

*CUSTOMER: PLEASE FILL IN ALL INFORMATION*

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO:  **BORAX PAPER PRODUCTS, IN**
**GENERAL POST OFFICE**
**PO BOX 27712**
**NEW YORK, NY 10087-7712**

# BORAX

"The Right Solution For Every Packaging Need"

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

| | |
|---|---|
| Page 1 of 1 | STOP: 4 |
| INVOICE NUMBER | DELIVERY TKT |
| INVOICE DATE | BE2617 |
| | 10/09/15 |

DRIVER MESSAGE

MARKETING MESSAGE

CUSTOMER MESSAGE

**SOLD TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET
LIC, NY        11101

**SHIP TO**
ORGANIC AVENUE
ORGANIC AVENUE LLC.
43-46 10TH STREET        SAME
LIC, NY        11101

| SRV | SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|---|
| AJ | SK | ORGAVE | (212)358-0500 | NET 30 DAYS | JAMAL100815 | BORAX TRUCK | 13-4343234 |

| LINE NO. | QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 5 | CS | | SW4-000T-W | SANDWICH WEDGE CLEAR ANGLED | 200 | | | | |
| 02 | 3 | CS | | PFVL | GLOVE POWDER FREE VINYL LARGE | 1000 | | | | |
| 03 | 3 | CS | | PFVM | GLOVE POWDER FREE VINYL MEDIUM | 1000 | | | | |
| 04 | 4 | CS | | 2X110PP | TAPE POLYPRO 48mm (2"):100m CL | 36 | | | | |

| NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|
| | | | | | |

BY _____
(PRINT) _____        TIME _____
_____MER: PLEASE FILL IN ALL INFORMATION        PCS. _____

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL